# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 11 B 41555** |
| Jordon Kaiser ) | **Chapter 7** |
| ) | **Hon. Susan Pierson Sonderby** |
| **Debtor** ) | |

## NOTICE AND SUGGESTION OF DEATH

**To:**   Shelly Kaiser, 580 Westley Road, Glencoe, IL 60022
* Patrick Layng, U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604
* Deborah Kanner Ebner, 11 East Adams Street, Suite 904, Chicago, IL 60603
* L. Judson Todhunter and Douglas C. Geise, Howard and Howard, 200 S. Michigan Avenue, Suite 1100, Chicago, IL 60604

PLEASE TAKE NOTICE the Debtor in the above-captioned bankruptcy, Mr. Jordon Kaiser, died on February 17, 2012. Accordingly, Shelley Kaiser, appointed guardian ad litem pursuant to Federal Rule of Bankruptcy Procedure 1004.1 and 11 U.S.C. §105(a) and serving pursuant to the Bankruptcy Court's order authorizing appointment of guardian ad litem (item 30 on the general docket), no longer serves as guardian ad litem. A redacted copy of his death certificate follows.

Dated:   May 1, 2012

                                        /s/ *Justin R. Storer*
                                        One of their Attorneys
                                        Justin R. Storer (ARDC: 6293889)
                                        Lakelaw
                                        420 W. Clayton Street
                                        Waukegan, Illinois 60085-4216
                                        847.249.9100

## CERTIFICATE OF SERVICE

On May 1, 2012, the undersigned certifies that on this date, he caused a copy of the above document to be served upon each person shown on the attached service list, by United States Mail, with postage prepaid, at Skokie, Illinois. Those marked above with an asterisk were served via electronic service.

                                        /s/*Justin R. Storer*

# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
### CHICAGO, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2012 0012740  
DATE ISSUED: 04/20/2012

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | JORDON H KAISER |
| SEX | MALE |
| DATE OF DEATH | FEBRUARY 17, 2012 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 89 YEARS |
| DATE OF BIRTH | 1922 |
| CITY OR TOWN | GLENVIEW |
| HOSPITAL OR OTHER INSTITUTION NAME | |
| PLACE OF DEATH | |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | DORIS SCHARFSTEIN |
| EVER IN U.S. ARMED FORCES? | YES |
| RESIDENCE | 580 WESTLEY ROAD |
| APT. NO. | |
| CITY OR TOWN | GLENCOE |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60022 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | HARRY KAISER |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MARY CHRISTENHOLZ |
| INFORMANT'S NAME | |
| RELATIONSHIP | |
| MAILING ADDRESS | |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | MEMORIAL PARK CEMETERY |
| LOCATION CITY OR TOWN AND STATE | SKOKIE, IL |
| DATE OF DISPOSITION | FEBRUARY 20, 2012 |
| FUNERAL HOME | PISER FUNERAL SERVICE, 9200 SKOKIE BLVD., SKOKIE, IL, 60077 |
| FUNERAL DIRECTOR'S NAME | LAWRENCE M MANDEL |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034012099 |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | FEBRUARY 21, 2012 |

**CAUSE OF DEATH — PART I.** CONGESTIVE HEART FAILURE  
IMMEDIATE CAUSE (Final disease or condition resulting in death): a.  
Due to (or as a consequence of): b.  
Due to (or as a consequence of): c.  
Due to (or as a consequence of):  

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

**PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | FEBRUARY 09, 2012 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | NO |
| DATE PRONOUNCED | |
| TIME OF DEATH | 01:58 AM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | FEBRUARY 21, 2012 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | MARTIN KOVACHEVICH, 2050 PFINGSTEN ROAD, SUITE 330, GLENVIEW, ILLINOIS, 60026 |
| PHYSICIAN'S LICENSE NUMBER | 036055036 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*David Orr*  
David Orr  
Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE