UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 11bk41555 |
| JORDON HARRY KAISER | Chapter 7 |
| Debtor. | Honorable Timothy A. Barnes |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THE LAW OFFICE OF WILLIAM J. FACTOR, LTD., ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 108,750.00 | TOTAL COSTS REQUESTED: | $ 327.95 |
| TOTAL FEES REDUCED: | $ 7,533.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 101,217.00 | TOTAL COSTS ALLOWED: | $ 327.95 |

**TOTAL FEES AND COSTS ALLOWED: $ 101,544.95**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    **Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 2,310.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty. One counsel in this case billed a majority of his time entries in half-hour increments.

(2)    **Computational or Typographical Error – TOTAL of disallowed amounts: $ 1,265.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. Where counsel bills different time for the same conference, all time entries will be billed at the lowest time.

(3)    **Insufficient Description – TOTAL of disallowed amounts: $ 2,660.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(4)    **No Benefit to the Estate – TOTAL of disallowed amounts: $ 170.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

(5)    **Unreasonable Travel Time – TOTAL of disallowed amounts: $ 50.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

(6)    **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 203.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(7)    **Improper Allocation of Professional Resources – TOTAL of disallowed amounts: $ 175.00**

The Court denies the allowance in part of compensation for the indicated task(s) as a professional with a lower level of skill and experience or a paraprofessional could have performed the task(s). *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same); *In re Alberto*,

121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (Squires, J.) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

(8)     **Duplication of Services – TOTAL of disallowed amounts: $ 700.00**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

Dated: February 25, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

Time detail for Third Interim
Fee Application of The Law Office of
William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation |
|---|---|---|---|---|
| | | | | **Category A-Claims against Doris Kaiser** |
| 12/26/13 | DPH | $125.00 | 0.5 | Talk with M Stone regarding discovery from Doris (.3) email to M. Stone regarding same (.2) |
| 12/27/13 | DPH | $125 | 0.5 | Review Doris discovery responses and email M. Stone regarding same |
| 12/31/13 | DPH | $1,475 | 5.9 | Review discovery from Doris and research for possible MSJ |
| 1/6/14 | DPH | $575 | 2.3 | research for motion for summary judgment against Doris Kaiser |
| 1/7/14 | DPH | $1,025 | 4.1 | Research and draft motion for summary judgment |
| 1/8/14 | DPH | $1,775 | 7.1 | Continue to draft motion for summary judgment and related docs |
| 1/10/14 | DPH | $825 | 3.3 | Edit motion for summary judgment and related docs |
| 1/13/14 | DPH | $2,275 | 9.1 | Draft memorandum of law in support of motion for summary judgment |
| 1/15/14 | DPH | $2,025 | 8.1 | Draft proposed order continuing adversary against Doris to 30 days and appearing court on same (1.0) edit memo in support of motion for summary judgment (7.1) |
| 1/16/14 | DPH | $875 | 3.5 | Review discovery responses from Doris is email Motty regarding insufficiencies. |
| 1/17/14 | DPH | $525 | 2.1 | Research desuetude (2.1) |
| 1/9/14 | DPH | $975 | 3.9 | Continue work on motion for summary judgment (3.9) |
| 1/27/14 | DPH | $150 | 0.6 | Email and phone call with M Stone regarding motion to compel and for sanctions against Doris |
| 1/28/14 | WJF | $70 | 0.2 | review and analyze emails regarding claims against Doris (.10); analysis of prejudgment remedies and discuss same with D. Holtkamp (.10) |
| 1/28/14 | DPH | $525 | 2.1 | Research motion for prejudgment attachment and email W. Factor |
| 1/29/14 | DPH | $950 | 3.8 | Kaiser - appear on status in adversary (.5) draft statement of uncontested facts in support to of motion for summary judgment (3.3) |
| 1/30/14 | SEL | $480 | 1.6 | Review and revise memorandum in support of summary judgment |
| 1/30/14 | DPH | $1,425 | 5.7 | Draft statement of undisputed material facts to support |
| 2/6/14 | DPH | $75 | 0.3 | Look into prejudgment attachment |
| 2/12/14 | DPH | $250 | 1 | Prepare for status hearing (.2) attended status hearing (.8) |
| 2/12/14 | DPH | $925 | 3.7 | Continue to research and draft motion for prejudgment attachment |
| 4/1/14 | WJF | $175 | 0.5 | review/revise motion for summary judgment against Doris (.30); letter to Mountaineer regarding fees (.20) |
| 4/11/14 | WJF | $175 | 0.5 | telephone call with D. Holtkamp and. Crane regarding summary judgment motion related to Doris suit |

Time detail for Third Interim
Fee Application of The Law Office of
William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|---|---|---|---|---|---|
| 4/11/14 | JC | $175 | 0.5 | Phone conference with B. Factor & D. Holtkamp regarding adversary proceeding against Doris Kaiser | (1) Improper time increments |
| 4/11/14 | JC | $350 | 1 | Review and analysis of Complaint | (1) Improper time increments |
| 4/11/14 | JC | $525 | 1.5 | Review and analysis of draft memorandum in support of summary judgment | (1) Improper time increments |
| 4/11/14 | WJF | $175 | 0.5 | Telephone call with J. Crane and D. Holtkamp regarding adversary proceedings to apprise J. Crane of status of cases (.50) | (2) Typo - duplicate entry |
| 4/14/14 | JC | $525 | 1.5 | Review and analysis of draft memorandum in support of summary judgment and preparation for revisions | (1) Improper time increments |
| 4/14/14 | JC | $875 | 2.5 | Reorganize, outline, and begin revision process for memorandum in support of motion for summary | |
| 4/15/14 | JC | $2,100 | 6 | Draft and revise memorandum in support of motion for summary judgment | |
| 4/16/14 | JC | $1,400 | 4 | Draft and revise memorandum in support of motion for summary judgment | |
| 4/17/14 | JC | $1,225 | 3.5 | Draft and revise memorandum in support of motion for summary judgment | |
| 4/18/14 | JC | $875 | 2.5 | Draft and revise memorandum in support of motion for summary judgment | (1) Improper time increments |
| 4/21/14 | WJF | $280 | 0.8 | review and respond to email from D. Giese regarding status (.10); telephone call with J. Crane and D. Holtkamp regarding turnover action (.20); call with J. Crane and D. Giese regarding same (.30); review turnover documents prepared by Giese (.20) | (2) Typo - compensated for 0.2 per WJF entry for same |
| 4/21/14 | JC | $140 | 0.4 | Phone conference with B. Factor & D. Holtkamp regarding motion for turnover order | |
| 4/21/14 | JC | $175 | 0.5 | Review and analysis of motion for turnover order filed previously in related case | (1) Improper time increments |
| 4/23/14 | JC | $875 | 2.5 | Draft motion for turnover order regarding Harris account of D. Kaiser | (1) Improper time increments |
| 4/23/14 | JC | $105 | 0.3 | Correspondence with B. Factor and D. Holtkamp regarding motion for turnover order | |
| 4/23/14 | JC | $1,225 | 3.5 | Draft motion for turnover order | (1) Improper time increments |
| 4/24/14 | JC | $175 | 0.5 | Phone conference with D. Holtkamp and B. Factor regarding motion for turnover order | |
| 4/24/14 | JC | $350 | 1 | Draft and revise motion for turnover order | |
| 4/24/14 | JC | $350 | 1 | Review and analysis of revised memorandum of law in support of motion for summary judgment | |
| 4/24/14 | DPH | $375 | 1.5 | Conference call with J Crane and W Factor regarding strategy (.7) reviewed its on MSJ from J. Crane and send | (2) Typo - compensated for 0.4 per JC entry for same; (3) Insufficient description |
| 4/25/14 | WJF | $140 | 0.4 | telephone call with D. Holtkamp and. Crane regarding motion for turnover related to Harris funds | |
| 4/28/14 | WJF | $105 | 0.3 | review and revise motion for summary judgment against Doris Kaiser | |

Time detail for Third Interim Fee Application of The Law Office of William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|---|---|---|---|---|---|
| 5/5/14 | DPH | $1,800 | 7.2 | Finalize and polish memorandum of law in support of summary judgment and insert cites (5.2); Finalize and polish statement of material facts and insert cites (1.1); draft motion for summary judgment (.7) draft proposed order (.2) File all (0.0) | |
| 6/4/14 | JC | $525 | 1.5 | Conference with D. Holtkamp regarding case status and motions to dismiss (.50); conference with D. Holtkamp and W. Factor regarding case status and strategy (.50); review and analysis of motion to dismiss (.50) | (1) Improper time increments |
| 6/4/14 | WJF | $175 | 0.5 | meet with J. Crane and D. Holtkamp to go over case strategy and to integrate J. Crane into aspects of case so that he can push them forward | |
| 7/1/14 | DPH | $375 | 1.5 | Research rule 7056-2 56.1 violation on summary judgment and compile cases Kaiser | |
| 7/8/14 | WJF | $105 | 0.3 | review reply brief on motion for turnover related to Harris account (.10); review/revise motion for prejudgment attachment against Doris Kaiser (.20) | |
| 7/8/14 | DPH | $1,300 | 5.2 | Continue to research and draft omnibus response to motion for summary judgment | |
| 7/15/14 | DPH | $2,125 | 8.5 | Research and continue to draft reply in support of summary judgment | |
| 7/15/14 | JC | $525 | 1.5 | Conference with W. Factor regarding case status and briefs; review and analysis of draft reply brief in support of summary judgment | (1) Improper time increments |
| 7/16/14 | JC | $1,225 | 3.5 | Draft and revise reply brief in support of summary | (1) Improper time increments |
| 7/17/14 | JC | $1,225 | 3.5 | Draft and revise reply brief in support of summary | (1) Improper time increments |
| 7/21/14 | WJF | $350 | 1 | review and edit reply to motion for summary judgment (.80); research/analysis regarding arguments raised in response (.20) | |
| 7/21/14 | DPH | $375 | 1.5 | Review reply to Motion for Summary Judgment and supporting documents and edit same | |
| 8/5/14 | DPH | $1,125 | 4.5 | Research and draft supplemental reply in support of motion for summary judgment | |
| 8/6/14 | DPH | $550 | 2.2 | Finalize and file supplemental reply in support of summary judgment | |
| 8/7/14 | WJF | $70 | 0.2 | review supplemental reply to motion for summary | (4) No benefit - mtn already filed |
| 8/7/14 | DPH | $125 | 0.5 | reply to email regarding citation to northern trust | |
| 8/12/14 | DPH | $125 | 0.5 | Phone call with counsel for northern Trust (.2) email to Chicago Title Counsel regarding funds held by northern trust (.2) correspondence with MB counsel (.1) | |
| 9/17/14 | DPH | $1,025 | 4.1 | Prepare for and attend hearing on motion for summary judgment | |
| 9/17/14 | WJF | $105 | 0.3 | conference with D. Holtkamp regarding ruling on summary judgment against Doris | |
| 9/18/14 | DPH | $1,550 | 6.2 | Draft order granting motion for summary judgment and judgment | |

Time detail for Third Interim Fee Application of The Law Office of William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|---|---|---|---|---|---|
| 9/30/14 | DPH | $125 | 0.5 | Discuss issues in order with M Stone and review proposed order | |
| 10/2/14 | DPH | $50 | 0.2 | Ebner et al regarding judgment against Doris (.2) | (3) Insufficient Description |
| 10/21/14 | DPH | $100 | 0.4 | Review motion for extension of time filed by Doris Kaiser | |
| 10/29/14 | DPH | $275 | 1.1 | Draft citation to D. Kaiser and rider and have filed | |
| 11/19/14 | JKP | $50 | 0.2 | Prepare for hearing on D. Kaiser's motion to stay pending appeal | |
| 11/19/14 | JKP | $150 | 0.6 | Attend hearing on D. Kaiser's motion to stay pending | |
| 12/2/14 | DPH | $125 | 0.5 | call Motty regarding stay pending appeal (.2) follow up on designation of record and statement of issues on appeal | (3) Insufficient Description |
| 12/3/14 | DPH | $375 | 1.5 | review motion for stay pending appeal and prepare for hearing (.5) attend hearing on motion for stay pending appeal (1.0) | |
| 12/11/14 | DPH | $525 | 2.1 | Draft third party citations to discover assets including notices and document riders and have filed - Kaiser | |
| 12/12/14 | SR | $80 | 0.8 | Download and serve third party citations to BMO Harris Bank and JPMorgan Chase Bank; prepare affidavits of service for same. | |
| 12/16/14 | DPH | $725 | 2.9 | Kaiser - review statement of issue on appeal and designation of record (1.2) draft order on stay (1.6) send draft order to M. Stone for review (.1) | |
| 12/18/14 | DPH | $375 | 1.5 | Revise order on stay pending appeal | |
| 12/22/14 | DPH | $125 | 0.5 | Kaiser - review response to citation to retirement center for Doris | |
| | | $48,180 | 173.60 | | |

Time detail for Third Interim
Fee Application of The Law Office of
William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|---|---|---|---|---|---|
| | | | | **Category B-fraudulent conveyance litigation** | |
| 1/9/14 | WJF | $35 | 0.1 | Telephone call with Scott Solberg to discuss potential settlement of claims against grandchildren | |
| 1/10/14 | DPH | $1,000 | 4 | Review Linda White documents at storage facility and take documents for copying (4.0) | |
| 1/10/14 | SR | $300 | 3 | Assist D. Holtkamp in gathering and initial review of documents produced by Linda White at storage facility. | |
| 1/21/14 | SR | $20 | 0.2 | Revisions to Notice of Filing of Affidavit of Due Diligence regarding 2004 subpoena to Emily Wickersham(.1); file same (.1). | |
| 1/23/14 | WJF | $1,295 | 3.7 | Deposition of Ed Barry (2.0); prepare for same (1.7) | |
| 1/23/14 | DPH | $750 | 3 | Prepare for and attend deposition | |
| 2/4/14 | DPH | $1,875 | 7.5 | Review Linda white docs (46 banker boxes:) | |
| 2/4/14 | WJF | $70 | 0.2 | telephone call with lawyer for grandkids regarding extending time to respond | |
| 2/5/14 | DPH | $2,800 | 11.2 | Continue to review documents (46 boxes) | |
| 2/6/14 | DPH | $25 | 0.1 | Review document (2.6) prepare complaint and summons for service (1.5) | |
| 2/6/14 | TG | $280 | 2.8 | Multiple telephone conferences with Bankruptcy court to troubleshoot issues with issuance of alias summonses (0.5); <u>two trips to Bankruptcy court to issue summonses (1.0)</u>; begin preparation work for large service assignment (0.7); work with D. Holtkamp to add defendants to electronic docket and ensure proper service on all | (5) Travel Time |
| 2/7/14 | TG | $400 | 4 | Complete service on long list of defendants on recently filed amended complaint and on various trustees for named trust defendants (1.3); draft and execute about 45 affidavits of service itemizing the method of service for each (2.0); <u>conferences with D. Holtkamp and scanning and file organization for the affidavits (0.7).</u> | (6) Lumping |
| 2/11/14 | DPH | $300 | 1.2 | Kaiser - draft motion for prejudgment attachment | |
| 2/11/14 | TG | $180 | 1.8 | Individually file 43 affidavits of service in Federal court and follow up with D. Holtkamp and G. Sullivan regarding the same. | |
| 2/14/14 | DPH | $875 | 3.5 | review Linda documents and start to put together summary for parties (3.5) | |
| 2/28/14 | WJF | $35 | 0.1 | telephone call with attorney for MB Financial regarding adversary proceeding | |
| 3/12/14 | JKP | $100 | 0.4 | Prepare for status hearing on adversary proceedings | |
| 3/12/14 | JKP | $225 | 0.9 | Attend status hearing on adversary proceedings | |
| 4/22/14 | JKP | $25 | 0.1 | Meeting with D. Holtkamp regarding outcome of today's status hearing | |
| 4/22/14 | DPH | $200 | 0.8 | Appear on adversary status | |

Time detail for Third Interim Fee Application of The Law Office of William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|------|-------|--------|------|-------------|---|
| 5/6/14 | DPH | $400 | 1.6 | prepare for hearing on motions to extend time to answer, motions to dismiss, and motion for summary judgment in Kaiser adversaries (.7) appear at hearing on the same (.9) | |
| 6/17/14 | DPH | $175 | 0.7 | Compile motions to dismiss and send to J Crane | (7) Improper Allocation |
| 6/17/14 | JC | $700 | 2 | Review and analysis of motions to dismiss and related pleadings | (1) Improper time increments |
| 6/18/14 | DPH | $575 | 2.3 | Review documents and prepare for hearing (.5) attend hearing (.7) draft proposed order and send to judge (.2) talk with Jeff crane about adversaries (.5) research and send docs to j crane (.4) | |
| 6/18/14 | JC | $980 | 2.8 | Phone conference with D. Holtkamp regarding response to motions to dismiss and strategy (.70); review and analysis of dismissal pleadings (1.80); correspondence with D. Holtkamp and W. Factor regarding response to motion to | (2) Typo - compensated for 0.5 for DPH entry for same; (3) Insufficient Description |
| 6/19/14 | WJF | $70 | 0.2 | review scheduling order and email to D. Holtkamp and J. Crane regarding same, email to same regarding following up on recovery of property | |
| 6/19/14 | JC | $1,050 | 3 | Correspondence with D. Holtkamp and W. Factor regarding response to motion to dismiss, case status and strategy (.50); draft status report for client (.50); review and analysis of precedent dismissal pleadings regarding applicable look back period and pleading standards (2.0) | (1) Improper time increments |
| 6/19/14 | DPH | $50 | 0.2 | Email to W. Factor and J Crane regarding strategy | |
| 6/20/14 | WJF | $175 | 0.5 | telephone call with D. Holtkamp and. Crane regarding responding to motions to dismiss and then conference with J. Crane regarding same | |
| 6/20/14 | JC | $1,155 | 3.3 | Phone conference with W. Factor, D. Holtkamp regarding response to motion to dismiss; conference with W. Factor regarding same; preparation of response to motion to dismiss | (6) Lumping |
| 6/23/14 | DPH | $650 | 2.6 | Kaiser research fraudulent transfer of life insurance premiums | |
| 6/23/14 | JC | $875 | 2.5 | Review and analysis of motion to dismiss; correspondence regarding turnover order and case strategy | (1) Improper time increments |
| 6/23/14 | JC | $875 | 2.5 | Review and analysis of motion to dismiss; correspondence regarding turnover order and case strategy | (2) Typo - duplicate |
| 6/25/14 | DPH | $175 | 0.7 | Appear at hearing on motion to extend time | |
| 6/25/14 | JC | $700 | 2 | Attend hearing; conference with D. Holtkamp; correspondence with W. Factor and D. Holtkamp | (8) Duplication of Services |
| 6/27/14 | JC | $525 | 1.5 | Work on response to motion to dismiss; review and analysis of defendants' motions | (1) Improper time increments |
| 6/30/14 | JC | $700 | 2 | Preparation of response to motion to dismiss; correspondence with D. Holtkamp regarding same | (1) Improper time increments |
| 7/1/14 | JC | $350 | 1 | Preparation of summary chart regarding motions to dismiss; correspondence with D. Holtkamp regarding | (1) Improper time increments |

Time detail for Third Interim Fee Application of The Law Office of William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|---|---|---|---|---|---|
| 7/3/14 | DPH | $1,125 | 4.5 | Start draft of response to motions to dismiss and research IRS statute of limitation | |
| 7/3/14 | JC | $805 | 2.3 | Phone conference with D. Holtkamp regarding response to motion to dismiss; work on attachment motion | (6) Lumping |
| 7/4/14 | DPH | $1,025 | 4.1 | Continue to draft response to motions to dismiss and research of IRS statute of limitations | |
| 7/7/14 | DPH | $1,275 | 5.1 | Continue research and drafting omnibus response to motions to dismiss, research and drafting on 9(b) and 8(a) | |
| 7/9/14 | DPH | $1,425 | 5.7 | Continue work on response to motions to dismiss with particular issues as to each motion | |
| 7/10/14 | DPH | $1,575 | 6.3 | Kaiser finalize first draft of response to response and send to J Crane and factor for review | |
| 7/10/14 | JC | $140 | 0.4 | Phone conference with D. Holtkamp regarding motion to dismiss briefing | |
| 7/11/14 | JC | $2,450 | 7 | Draft and revise response to motion to dismiss; correspondence with D. Holtkamp and W. Factor regarding same; phone conference with D. Holtkamp | (1) Improper time increments |
| 7/11/14 | DPH | $1,125 | 4.5 | Talk with J Crane regarding response to motions to dismiss (.5) research and draft reply in support of summary judgment in Doris only case (4.0) | |
| 7/14/14 | DPH | $1,975 | 7.9 | Continue drafting omnibus response to motions to dismiss | |
| 7/14/14 | JC | $2,625 | 7.5 | Draft and revise response to motion to dismiss; phone conferences with D. Holtkamp regarding same | (1) Improper time increments |
| 7/16/14 | DPH | $275 | 1.1 | Kaiser motion to extend time to respond to motions | (3) Insufficient Description |
| 7/23/14 | DPH | $125 | 0.5 | Appear at hearing on our motion to extend time to answer | |
| 7/29/14 | WJF | $1,330 | 3.8 | review and revise Omnibus response to motions to dismiss (2.5); analysis of issues regarding stature of | (3) Insufficient Description |
| 7/30/14 | WJF | $1,925 | 5.5 | review and revise Omnibus response to motions to | |
| 7/30/14 | DPH | $525 | 2.1 | Attend hearing on motion to amend (.5); review changes to response to motions to dismiss (1.6) | |
| 8/20/14 | DPH | $250 | 1 | Prepare for and attend hearing on Kaiser adversaries | |
| 9/3/14 | DPH | $875 | 3.5 | Draft response to Walter's motion to dismiss | |
| 9/10/14 | WJF | $140 | 0.4 | review response to motion to dismiss filed by Walter | |
| 9/15/14 | DPH | $50 | 0.2 | Review and respond to email regarding Northern Trust | |
| 10/9/14 | DPH | $75 | 0.3 | Talk with J. Joseph regarding possible settlement with P. and S. Kaiser | |
| 10/20/14 | DPH | $400 | 1.6 | Review objection to IRS claims and research same | |
| 10/22/14 | DPH | $750 | 3 | Prepare for hearing on motions to dismiss (1.5) attend hearing on motions to dismiss (1.5) | |
| 10/28/14 | DPH | $500 | 2 | Review motion for extension and prepare for hearing on same (1.) attend hearing on same (.7) email client regarding same (.3) | |
| 10/30/14 | DPH | $275 | 1.1 | Conference call with all parties to talk about status of | (3) Insufficient Description |
| 10/30/14 | WJF | $35 | 0.1 | review emails regarding summary of status of litigation that is pending | |

Time detail for Third Interim
Fee Application of The Law Office of
William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation | |
|---|---|---|---|---|---|
| 11/3/14 | WJF | $70 | 0.2 | Telephone call with John Hurricane regarding possible settlement of claims | |
| 11/18/14 | DPH | $375 | 1.5 | Response to objection to claim | (3) Insufficient Description |
| 11/19/14 | DPH | $1,225 | 4.9 | Continue research and finalize Trustee's response to objection to IRS claim | |
| 11/19/14 | WJF | $70 | 0.2 | Review response to motion to disallow claim | |
| 12/17/14 | DPH | $775 | 3.1 | Prepare for and appear at hearing on motions to dismiss (2.8) send emails to client and others regarding ruling(.3) | |
| 12/17/14 | WJF | $70 | 0.2 | telephone call with D. Holtkamp regarding hearing on motions to dismiss and next steps | |
| 12/19/14 | JKP | $100 | 0.4 | Meetings with D. Holtkamp to discuss strategy for moving forward in light of hearing on tax issue and's desire to | (4) No benefit to estate; counsel has no work on case in months before |
| 12/23/14 | DPH | $1,325 | 5.3 | Review Docs and start amended Complaint | |
| 12/23/14 | WJF | $140 | 0.4 | telephone call with David to discuss amended complaint, Shelley Kaiser trust in general case strategy | |
| 12/29/14 | DPH | $2,025 | 8.1 | Review documents and draft amended complaint | |
| 12/29/14 | WJF | $350 | 1 | telephone call with Doug, John and David to discuss settlement offer | |
| 12/30/14 | DPH | $2,025 | 8.1 | Review documents and continue to draft amended | |
| 12/30/14 | WJF | $35 | 0.1 | emails with client regarding settlement | |
| 12/31/14 | DPH | $1,125 | 4.5 | Draft Kaiser amended complaint | |
| 12/31/14 | WJF | $35 | 0.1 | email from trustee regarding settlement and email to attorney for defendants regarding save | |
| | | $53,790 | 199.60 | | $0 |

Time detail for Third Interim
Fee Application of The Law Office of
William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation |
|---|---|---|---|---|
| | | | | **Category C- Fee Applications** |
| 1/9/14 | DPH | $1,000 | 4 | Work on FactorLaw Fee Application |
| 1/14/14 | DPH | $450 | 1.8 | Edit second interim fee application and file (1.8) |
| 2/7/14 | WJF | $70 | 0.2 | telephone call with D. Ebner regarding trustee fees in Kaiser case |
| 2/11/14 | DPH | $250 | 1 | Draft letter to mountaineer regarding fees |
| 2/13/14 | WJF | $35 | 0.1 | revisions to letter to Benetis regarding payment of fees |
| 2/25/14 | DPH | $250 | 1 | Finalize letter to mountaineer regarding fees |
| | | $2,055 | 8.10 | $0 |

Time detail for Third Interim
Fee Application of The Law Office of
William J. Factor, Ltd.

| Date | Prof. | Amount | Time | Explanation |
|---|---|---|---|---|
| | | | | **Category D-State Court Litigation** |
| 2/20/14 | JKP | $50 | 0.2 | Phone call with D. Giese regarding subpoena to FactorLaw |
| 3/3/14 | DPH | $300 | 1.2 | Review motion to quash state court subpoena and research issues |
| 3/4/14 | DPH | $75 | 0.3 | Edit motion to quash state court subpoena |
| 3/6/14 | DPH | $775 | 3.1 | Continue to draft Motion to quash subpoena (2.1) draft email regarding L White docs (1.0) |
| 3/6/14 | DPH | $275 | 1.1 | Review motion for turnover and research trustee options (1.0) talk with D Giese (.1)    (3) Insufficient Description |
| 3/7/14 | SR | $90 | 0.9 | Try to file Motion to Quash Subpoena regarding Mountaineer v. Kaiser state court case; serve same |
| 3/7/14 | WJF | $105 | 0.3 | review and revise motion to quash subpoena |
| 3/7/14 | DPH | $775 | 3.1 | Motion to quash subpoena    (3) Insufficient Description |
| 3/10/14 | SR | $40 | 0.4 | File motion to quash subpoena in Mountaineer v. Kaiser state court case. |
| 3/14/14 | JKP | $300 | 1.2 | Prepare for and attend hearing in state court on Amy and Shellie Kaiser's motion to advance and to strike motion to quash filed by FactorLaw |
| 4/4/14 | SR | $30 | 0.3 | Serve reply in support of FactorLaw's Motion to Quash Subpoena and Response to Motion to Strike (Mountaineer v. Kaiser state court); discuss with D. Holtkamp. |
| 4/4/14 | WJF | $140 | 0.4 | Review and revise reply brief in connection with motion to quash subpoena |
| 4/7/14 | TG | $30 | 0.3 | File previously served brief; conferences with K. Moehle. |
| 4/21/14 | JC | $105 | 0.3 | Phone conference with B. Factor and. Giese regarding Harris Bank account proceeds |
| 4/21/14 | JC | $175 | 0.5 | Review and analysis of correspondence from B. Factor, D. Giese, D. Holtkamp, and D. Ebner |
| 4/23/14 | DPH | $725 | 2.9 | Appear at hearing on motion to quash subpoenas to FactorLaw (1.9) prepare for same (1.0) |
| 5/28/14 | SEL | $210 | 0.7 | Attend hearing in state court on motion to disqualify defendants' counsel in Mountaineer's collection |
| 9/16/14 | JKP | $25 | 0.1 | Phone call with D. Giese to discuss tomorrow's hearing in citation court |
| 10/30/14 | DPH | $500 | 2 | Prepare for and attend hearing on various state court matters |
| | | $4,725.00 | 19.30 | |
| | | $108,750.00 | 400.60 | |