UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )         Case No. 11bk41555
JORDON HARRY KAISER                       )
                                          )         Chapter 7
                                          )
Debtor.                                   )         Honorable Timothy A. Barnes
_____ )

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THE LAW OFFICE OF WILLIAM J. FACTOR, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| TOTAL FEES REQUESTED: | $ 112,325.00 | TOTAL COSTS REQUESTED: | $ 406.28 |
|---|---|---|---|
| TOTAL FEES REDUCED: | $ 3,465.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 108,860.00 | TOTAL COSTS ALLOWED: | $ 406.28 |

### TOTAL FEES AND COSTS ALLOWED: $ 109,266.28

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Duplication of Services – TOTAL of disallowed amounts: $ 2,875.00**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

**(2)    No Benefit to the Estate – TOTAL of disallowed amounts: $ 290.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, work done by one counsel in an amount under 1 hours does not demonstrate a benefit to the estate. Additionally, preparing bills for paying parties only benefits the firm, not the estate.

**(3)     Unreasonable Travel Time – TOTAL of disallowed amounts: $ 280.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter,* No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman,* 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.,* 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

In this district, local travel is not compensable.

**(4)     Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 20.00**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC,* 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins,* 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino,* 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel,* 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated:  December 15, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | **Exhibit A-1 - Settlement Efforts** |
| 1/22/2015 | DPH | 2.30 | 250.00 | 575.00 | Prepare memo to client regarding settlement offers from defendants |
| 2/3/2015 | WJF | 0.90 | 350.00 | 315.00 | Telephone call with Deb Ebner and D. Holtkamp regarding Adversary proceeding and potential settlements |
| 2/26/2015 | WJF | 1.00 | 350.00 | 350.00 | Telephone call with David and Trustee regarding settlement options / issues (1.0) |
| 2/26/2015 | DPH | 1.00 | 250.00 | 250.00 | Conference call with D. Ebner and W. Factor regarding settlement positions and status of case (1.0) |
| 2/27/2015 | DPH | 3.00 | 250.00 | 750.00 | Draft letter regarding settlement demand to insurance companies and send out |
| 4/14/2015 | WJF | 0.10 | 350.00 | 35.00 | Review motion to appoint mediator |
| 4/16/2015 | DPH | 0.60 | 250.00 | 150.00 | Finalize motion to refer to sitting judge in kaiser |
| 5/11/2015 | DPH | 3.20 | 250.00 | 800.00 | Draft statement of Itemized damages and settlement demand statement for mediation with Judge Schmetterer (2.5) draft and file motion to extend time to respond to motion to dismiss (.7) |
| 5/12/2015 | DPH | 2.40 | 250.00 | 600.00 | Draft and file amended notice of motion (.3) finalize mediation statement for Judge Schmetterer (2.1) |
| 5/19/2015 | WJF | 0.10 | 350.00 | 35.00 | Review settlement position statement from grandchildren |

(1) Duplicate efforts

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 5/26/2015 | WJF | 0.70 | 350.00 | 245.00 | Conference call with D. Ebner and D. Holtkamp to prepare for mediation |
| 5/22/2015 | WJF | 1.20 | 350.00 | 420.00 | Call with D. Ebner re mediation preparation (.30); call with D. Giese re same (.40); call with J. Hourihane re same (.30); letter to Chambers regarding mediation status (.20) |
| 5/26/2015 | WJF | 2.00 | 350.00 | 700.00 | Prepare for and attend mediation session |
| 5/27/2015 | WJF | 0.80 | 350.00 | 280.00 | Telephone call with D. Giese regarding mediation on 5/28 |
| 5/28/2015 | WJF | 3.50 | 350.00 | 1225.00 | prepare for and attend mediation session |
| 5/28/2015 | DPH | 3.00 | 250.00 | 750.00 | attend settlement conference |
|  |  | 25.80 |  | 7480.00 |  |

(1) Duplicate efforts

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | **Exhibit A-2 - Contempt Proceedings** |
| 8/12/2015 | DPH | 7.10 | 250.00 | 1775.00 | Prepare for hearing on motion to vacate or amend (1.5) appear at hearing on motion to vacate or amend preliminary injunction (.6) Research motion for sanctions issues (1.5) start of draft motion for sanctions (3.5) |
| 8/13/2015 | DPH | 6.30 | 250.00 | 1575.00 | Continue to draft motion for sanctions against Children and send to Debbie and W. Factor (4.9) Research on same (1.4) |
| 8/13/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to David Holtkamp; Deborah K. Ebner  Motion for Sanctions for Violation of the Stay |
| 8/13/2015 | WJF | 0.30 | 350.00 | 105.00 | Review and revise Motion for Sanctions for Violation of the Stay |
| 8/14/2015 | WJF | 0.30 | 350.00 | 105.00 | Telephone call with D. Ebner regarding sanctions and insurance policy issues |
| 8/14/2015 | WJF | 0.20 | 350.00 | 70.00 | Review emails regarding Motion for Sanctions for Violation of the Stay |
| 8/20/2015 | DPH | 1.80 | 250.00 | 450.00 | Work on motion for sanctions |
| 8/21/2015 | DPH | 3.90 | 250.00 | 975.00 | Work on motion for sanctions for violation of the stay |
| 8/27/2015 | WJF | 0.70 | 350.00 | 245.00 | Review/revise motion to hold children in contempt for violation of stay (.20); telephone call with D. Ebner and D. Holtkamp regarding motion for contempt and related issues (.30); telephone call with D. Ebner, D. Holtkamp and S. |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | Solberg regarding settlement with grandkids (.20) |
| 8/27/2015 | DPH | 2.30 | 250.00 | 575.00 | Revise motion for sanctions in Kaiser and file |
| 9/2/2015 | DPH | 1.10 | 250.00 | 275.00 | Prepare for and attend hearing on motion for sanctions (1.1) |
| 9/2/2015 | WJF | 0.20 | 350.00 | 70.00 | Phone call to David Holtkamp to discuss hearing on motion for sanctions |
| 9/14/2015 | DPH | 5.10 | 250.00 | 1275.00 | Draft trustee's statement in support of motion for sanctions |
| 9/15/2015 | DPH | 6.50 | 250.00 | 1625.00 | Draft statement in support of motion for sanctions |
| 9/16/2015 | DPH | 5.60 | 250.00 | 1400.00 | Additional drafting of statement in support of motion for sanctions |
| 9/16/2015 | WJF | 0.40 | 350.00 | 140.00 | review and revise Trustee's Statement in Support of Sanctions |
| 9/16/2015 | WJF | 0.20 | 350.00 | 70.00 | Further review and revision to Trustee's Statement in Support of Sanctions |
| 9/16/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to David Holtkamp re: Ebner v. Kaiser - Trustee's Statement in Support of Motion for Sanctions |
| 10/13/2015 | DPH | 1.00 | 250.00 | 250.00 | Prepare for and attend hearing on motion for sanction and status - kaiser |

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| **Date** | **Lwyr** | **Hours** | **Rate** | **Amount** | **Explanation** |
|---|---|---|---|---|---|
| 10/28/2015 | DPH | 2.10 | 250.00 | 525.00 | Prepare for and attend hearing on motion for sanctions |
| 10/28/2015 | DPH | 2.50 | 250.00 | 625.00 | Draft subpoena and rider to M& H (1.7); research duty of candor to the court (.8) |
| 10/28/2015 | WJF | 0.40 | 350.00 | 140.00 | Review and edit Subpoena Rider to Murphy & Hourihane |
| 10/30/2015 | DPH | 5.90 | 250.00 | 1475.00 | Research duty of candor (2.8) compile notes on same (2.2) and review filings and transcripts (.9) |
|  |  | 54.10 |  | 13815.00 |  |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | **Exhibit A-3 - Doris Case** |
| 2/23/2015 | DPH | 0.50 | 250.00 | 125.00 | Review notes on Doris personal property |
| (2) No benefit to estate 2/26/2015 | ZZ | 0.40 | 350.00 | 140.00 | Conference with trustee regarding liquidation issues for jewelry |
| 2/26/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with D. Holtkamp regarding hiring appraiser for Jewelry and review declaration and follow-up call with David (.10); review/revise appraiser application and declaration (.10); |
| (3) Travel time 2/19/2015 | SR | 3.50 | 100.00 | 350.00 | Review 10-1-14 judgment and exhibits and 12-19-14 order of partial stay pending appeal to prepare for examination of property at issue (.4); discuss same with, as well as insurance responsibility for the property, watch to be turned over, and procedure of examination with D. Holtkamp (.2); to/from 1610 Old Deerfield Road to examine and return with property (2.8); discuss inspection and property with D. Holtkamp (.1). |
| 3/18/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with Deborah Ebner regarding jewelry |
| 3/26/2015 | DPH | 6.30 | 250.00 | 1575.00 | Edit and cut down response to appeal |
| 3/27/2015 | DPH | 4.20 | 250.00 | 1050.00 | Review and continue to edit response brief in 340 case |
| 3/30/2015 | DPH | 1.50 | 250.00 | 375.00 | Draft and file motion for extension of time to file response brief (.9) draft response brief (.6) |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 3/31/2015 | DPH | 2.80 | 250.00 | 700.00 | Finalize response brief on Doris appeal |
| 4/1/2015 | DPH | 2.40 | 250.00 | 600.00 | Finalize response brief and send to W. Factor for review |
| 4/3/2015 | WJF | 1.80 | 350.00 | 630.00 | Review/revise appellate brief related to Doris Kaiser appeal |
| 4/4/2015 | WJF | 2.40 | 350.00 | 840.00 | Work on appeal brief in connection with appeal filed by Doris |
| 4/5/2015 | WJF | 5.80 | 350.00 | 2030.00 | Continue working on appeal brief (4.5); research issues related to appeal (1.3) |
| 4/6/2015 | DPH | 1.30 | 250.00 | 325.00 | Review W Factor edits on response brief kaiser |
| 4/6/2015 | DPH | 4.20 | 250.00 | 1050.00 | Finalize response appeal (4.1) file (.1) |
| 4/6/2015 | WJF | 4.20 | 350.00 | 1470.00 | Revise appellate brief in connection with Doris appeal |
| 4/7/2015 | DPH | 0.30 | 250.00 | 75.00 | Prepare and file notice of filing appeal brief (.3) |
| 9/25/2015 | WJF | 0.20 | 350.00 | 70.00 | Review decision from appellate court regarding marital property issue and gifting of same |
| | | 42.20 | | 11545.00 | |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | **Exhibit A-4 - Fraudulent Conv. Suit** |
| 1/2/2015 | DPH | 9.10 | 250.00 | 2275.00 | Continue to review documents from L. White storage locker and others (7.8) and draft amended complaint (1.3) |
| 1/2/2015 | WJF | 0.10 | 350.00 | 35.00 | Emails with D. Holtkamp regarding amended complaint |
| 1/5/2015 | DPH | 4.00 | 250.00 | 1000.00 | Draft amended Kaiser complaint |
| 1/6/2015 | DPH | 6.60 | 250.00 | 1650.00 | Draft amended kaiser complaint |
| 1/7/2015 | DPH | 4.50 | 250.00 | 1125.00 | Review amended complaint |
| 1/8/2015 | DPH | 1.00 | 250.00 | 250.00 | Review complaint with W. Factor |
| 1/8/2015 | WJF | 4.20 | 350.00 | 1470.00 | Review and revise amended complaint (3.20); extensive telephone call with David Holtkamp regarding amended complaint (1.0 |
| 1/9/2015 | DPH | 6.50 | 250.00 | 1625.00 | Research claim against MB |
| 1/12/2015 | DPH | 2.60 | 250.00 | 650.00 | Finalize first Amended Complaint (2.5) send to W. Factor and others for review (.1) |
| 1/12/2015 | WJF | 0.60 | 350.00 | 210.00 | Analysis of claims in the amended complaint (.30) and research regarding same (.30) |
| 1/13/2015 | DPH | 0.60 | 250.00 | 150.00 | Telephone call with client regarding amended complaint and follow up with W. Factor |
| 1/13/2015 | WJF | 0.50 | 350.00 | 175.00 | Telephone call with David Holtkamp and trustee regarding amended complaint |

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 1/14/2015 | JKP | 0.10 | 250.00 | 25.00 | Prepare for hearing on motion to extend time to file amended complaint |
| 1/14/2015 | JKP | 0.40 | 250.00 | 100.00 | Attend hearing on motion to extend time to file amended complaint |
| 1/14/2015 | WJF | 0.60 | 350.00 | 210.00 | Review correspondence from client regarding amended complaint (.2); review/revise amended complaint (.4) |
| 1/16/2015 | DPH | 8.60 | 250.00 | 2150.00 | Finalize amended complaint and file |
| 1/21/2015 | JKP | 0.10 | 250.00 | 25.00 | Meeting with D. Holtkamp regarding revised claim against MB |
| 1/21/2015 | DPH | 0.50 | 250.00 | 125.00 | Talk with insurance company counsel and email client regarding same |
| 1/21/2015 | WJF | 0.10 | 350.00 | 35.00 | Adversary Proceedings-review and respond to email from John Benetis regarding litigation |
| 1/28/2015 | DPH | 0.60 | 250.00 | 150.00 | Prepare for and attend hearing on motion to extend time to answer or otherwise plead |
| 2/5/2015 | DPH | 1.90 | 250.00 | 475.00 | Review Kaiser Fee Application (.3) Draft motion for turnover and to impress lien search (1.5) email M Stone regarding order (.1) |
| 2/19/2015 | DPH | 1.00 | 250.00 | 250.00 | Follow up emails from defendants seeking extensions to answer complaint (.1) talk with M Stone regarding stay and Doris personal property (.2) Discuss property with S. Rodgers and send email |

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | regarding same to trustee and W. factor (.7) |
| 2/19/2015 | DPH | 0.50 | 250.00 | 125.00 | Review L. White documents |
| 2/20/2015 | DPH | 0.80 | 250.00 | 200.00 | Talk with Trustee and sales agent regarding personal property and coordinate |
| 2/20/2015 | SR | 1.10 | 100.00 | 110.00 | Prepare notes regarding inspection of Doris Kaiser property (.9); discuss same with D. Holtkamp (.2). |
| 2/23/2015 | DPH | 1.00 | 250.00 | 250.00 | Research 548(c) again |
| 2/25/2015 | DPH | 1.20 | 250.00 | 300.00 | Review Nacolah answer to Kaiser complaint (.4) follow up with IRS regarding claim (.8) |
| 2/6/2015 | DPH | 0.30 | 250.00 | 75.00 | Respond to John Benetis email |
| 3/2/2015 | DPH | 0.70 | 250.00 | 175.00 | Review opening brief on appeal |
| 3/3/2015 | DPH | 1.00 | 250.00 | 250.00 | Prepare for hearing (.3) attend hearing on motion to employ appraiser (.7) |
| 3/5/2015 | DPH | 0.80 | 250.00 | 200.00 | Work on Kaiser motion to set briefing schedule and oral argument |
| 3/13/2015 | DPH | 1.10 | 250.00 | 275.00 | Kaiser review MB Motion to dismiss (.30) and conduct research on issues (.70) |
| 3/18/2015 | WJF | 0.10 | 350.00 | 35.00 | Send responding email from attorney representing Transamerica |

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| **Date** | **Lwyr** | **Hours** | **Rate** | **Amount** | **Explanation** |
|---|---|---|---|---|---|
| 3/19/2015 | DPH | 4.30 | 250.00 | 1075.00 | Review rules and appellee's brief (1.0) start draft of response brief (3.2) |
| 3/25/2015 | DPH | 6.10 | 250.00 | 1525.00 | Continue to research (2.4) and draft Response Brief on Appeal (3.7) |
| 4/10/2015 | DPH | 1.10 | 250.00 | 275.00 | Draft and file motion to extend time to file response to MB's Motion to dismiss |
| 4/13/2015 | DPH | 1.80 | 250.00 | 450.00 | Review and provide documents to Amgen for possible settlement |
| 4/14/2015 | WJF | 0.10 | 350.00 | 35.00 | Telephone call with D. Holtkamp regarding efforts to settle and email with insurance companies |
| 4/14/2015 | WJF | 0.30 | 350.00 | 105.00 | Review/revise motion to extend discovery dates |
| 4/14/2015 | DPH | 3.20 | 250.00 | 800.00 | Attend hearing on motion for extension of time (.8) review Brown case cited by insurance companies and email counsel for North American and Transamerica (1.3) Draft motion to mediate dispute with Amy, Shellie and John and Kaiser counsel about same (1.1) |
| 4/15/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Motion to Appoint Sitting Judge as Mediator |
| 4/17/2015 | DPH | 6.50 | 250.00 | 1625.00 | Review MB Motion (.5) and research (2.5) and start draft of response to motion to dismiss (3.5) |
| 4/20/2015 | DPH | 2.10 | 250.00 | 525.00 | Response to MB's motion to dismiss |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| <u>Date</u> | <u>Lwyr</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> | <u>Explanation</u> |
|---|---|---|---|---|---|
| 4/21/2015 | DPH | 0.90 | 250.00 | 225.00 | work on motion to refer to sitting bankruptcy judge |
| 4/21/2015 | WJF | 0.10 | 350.00 | 35.00 | Review emails with client regarding sale of insurance policy and respond to same |
| 4/22/2015 | WJF | 0.20 | 350.00 | 70.00 | Emails re:  Purchase of insurance policy |
| 4/23/2015 | DPH | 2.20 | 250.00 | 550.00 | Research (1.1) and draft response to motion to dismiss (1.1) |
| 4/24/2015 | DPH | 0.50 | 250.00 | 125.00 | Correspondence with Trustee regarding insurance policy |
| 4/25/2015 | DPH | 2.30 | 250.00 | 575.00 | Edit response to MB's Motion to dismiss on relation back |
| 4/26/2015 | DPH | 8.90 | 250.00 | 2225.00 | Finalize response to MB's motion to dismiss and send to W. Factor for review. |
| 4/26/2015 | DPH | 5.30 | 250.00 | 1325.00 | Research 9(b) issues (1.9) and draft response to MB's motion to dismiss on 9(b) and constructive fraud claims (3.4) |
| 4/28/2015 | DPH | 2.20 | 250.00 | 550.00 | Prepare for motion to refer for settlement discussions (.5) and attend hearing on Motion to Refer to Sitting Judge (.6) review family's motion to dismiss (1.1) |
| 4/28/2015 | WJF | 1.70 | 350.00 | 595.00 | Review and revise response to motion to dismiss prepared by D. Holtkamp |
| 4/28/2015 | WJF | 2.20 | 350.00 | 770.00 | Work on response to motion to dismiss |
| 4/30/2015 | DPH | 0.20 | 250.00 | 50.00 | Talk to R Stark regarding insurance policy |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 5/6/2015 | WJF | 0.40 | 350.00 | 140.00 | Telephone call with Deb and insurance broker regarding sale of policy |
| 5/8/2015 | DPH | 0.50 | 250.00 | 125.00 | Follow up on Kaiser settlement with client and John Hourihane |
| 5/12/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with D. Holtkamp regarding insurance policy issues |
| 5/19/2015 | DPH | 0.10 | 250.00 | 25.00 | Start to draft response to children's motion to dismiss amended complaint |
| 5/19/2015 | DPH | 3.10 | 250.00 | 775.00 | Research issues in Children's motion to dismiss (1.3) and draft response to Children's motion to dismiss (1.8) |
| 5/20/2015 | DPH | 4.50 | 250.00 | 1125.00 | Attend hearing on motion to extend time for file response to MTD (.5) continue to draft response to motion to dismiss (4.0) |
| 5/21/2015 | DPH | 3.90 | 250.00 | 975.00 | Continue to draft Response to motion to dismiss |
| 5/26/2015 | DPH | 4.10 | 250.00 | 1025.00 | Conference call regarding settlement demands (.9) and prepare for and attend settlement conference (3.2) |
| 5/28/2015 | DPH | 5.10 | 250.00 | 1275.00 | Review and revise response to motion dismiss (5.1) |
| 5/29/2015 | DPH | 2.50 | 250.00 | 625.00 | Review and revise response to motion to dismiss |
| 5/29/2015 | WJF | 2.30 | 350.00 | 805.00 | Draft and revise response to motion to dismiss (1.6); research issues related to same (.50); telephone call with D. Holtkamp regarding filing (.2) |

(1) Duplicate efforts

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 6/1/2015 | WJF | 1.60 | 350.00 | 560.00 | Draft and send letter to TransAmerica regarding policy - Kaiser |
| 6/1/2015 | WJF | 2.20 | 350.00 | 770.00 | Research injunction against sale of insurance policy |
| 6/1/2015 | WJF | 0.40 | 350.00 | 140.00 | Revise draft of letter to TransAmerica regarding insurance policy |
| 6/2/2015 | DPH | 2.20 | 250.00 | 550.00 | Research preliminary injunction and automatic stay (1.2) draft motion to enforce automatic stay and for preliminary injunction (1.0). |
| 6/2/2015 | WJF | 0.30 | 350.00 | 105.00 | Phone call from Law Office of Deborah Kanner Ebner to discuss insurance policy issues |
| 6/3/2015 | WJF | 0.20 | 350.00 | 70.00 | Telephone call with J. Benetis regarding insurance policy |
| 6/3/2015 | DPH | 7.80 | 250.00 | 1950.00 | Work on Kaiser motion to impose stay and related relief |
| 6/4/2015 | DPH | 5.80 | 250.00 | 1450.00 | Continue to review and revise motion for PI and enforce stay |
| 6/5/2015 | DPH | 2.20 | 250.00 | 550.00 | Kaiser finalize motion for injunction and to enforce stay against insurance policy |
| 6/9/2015 | DPH | 5.70 | 250.00 | 1425.00 | Prepare for and attend hearing on motion to enforce automatic stay and for preliminary injunction (2.5) send email  and draft propose TRO and follow up with trustee on same (2.0) review children's trust docs and payments of premiums (1.2) |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 6/9/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Proposed Temporary Restraining Order |
| 6/9/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to David Holtkamp re: Re: Proposed Temporary Restraining Order |
| 6/10/2015 | DPH | 0.40 | 250.00 | 100.00 | Follow up email to client and Mountaineer regarding hearing |
| 6/12/2015 | DPH | 2.50 | 250.00 | 625.00 | Respond to comments to TRO from defendants (.3) research lis pendens (.3) review children's reply in support of motion to dismiss and prepare for tomorrow's hearing (1.9) |
| 6/16/2015 | DPH | 3.60 | 250.00 | 900.00 | prepare for hearing in Kaiser (1.0) attend hearing on motions to dismiss and discuss same with client (2.3) revise TRO and recirculate (.3) |
| 6/18/2015 | DPH | 0.40 | 250.00 | 100.00 | Kaiser finalize order and send to court |
| 6/19/2015 | DPH | 2.80 | 250.00 | 700.00 | Review TRO (.1) and talk with W Factor regarding PI strategy (.2) and review responses (2.5) |
| 6/22/2015 | DPH | 2.10 | 250.00 | 525.00 | Draft Reply in support of motion for preliminary injunction |
| 6/23/2015 | DPH | 6.20 | 250.00 | 1550.00 | Draft Reply in support of preliminary injunction |
| 6/24/2015 | DPH | 8.20 | 250.00 | 2050.00 | Work on reply in support of preliminary injunction |
| 6/25/2015 | DPH | 0.10 | 250.00 | 25.00 | Phone call with McGuirewoods regarding dismissal of MB |

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 6/25/2015 | DPH | 3.80 | 250.00 | 950.00 | Research issues in response to preliminary injunction (.9) and draft Reply in support of motion for preliminary injunction (2.9) |
| 6/26/2015 | DPH | 0.20 | 250.00 | 50.00 | Phone call with William factor regarding reply in support of PI |
| 6/26/2015 | DPH | 8.80 | 250.00 | 2200.00 | Finalize Reply in support (4.2) draft and finalize statement of Facts (2.1) draft and finalize declaration (2.5) |
| 6/26/2015 | WJF | 0.20 | 350.00 | 70.00 | Phone call to David Holtkamp \| 0977 (10 minutes) regarding reply brief |
| 6/26/2015 | WJF | 0.80 | 350.00 | 280.00 | Review/revise reply on motion for preliminary injunction |
| 6/29/2015 | DPH | 1.20 | 250.00 | 300.00 | Draft motion to exceed page limit and deem filing timely (1.2) |
| 6/30/2015 | DPH | 4.90 | 250.00 | 1225.00 | Prepare for preliminary injunction hearing tomorrow |
| 6/30/2015 | WJF | 0.30 | 350.00 | 105.00 | Review pleadings filed in connection with motion for injunction |
| 7/1/2015 | WJF | 6.80 | 350.00 | 2380.00 | Prepare for preliminary injunction hearing (1.5); meet with trustee and David Holtkamp after hearing to discuss strategy (.8); attend first session of preliminary injunction hearing (2.0); research and analysis on issues raised by court (1.0); attend second session of preliminary injunction hearing (1.5) |

(1) Duplicate efforts *(note adjacent to 6/26/2015 DPH 0.20 entry)*

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| (1) Duplicate efforts  7/1/2015 | DPH | 7.70 | 250.00 | 1925.00 | Prepare for preliminary injunction hearing (2.6) Attend preliminary injunction hearing (4.1) Start draft preliminary injunction order (1.0) |
| 7/2/2015 | DPH | 1.20 | 250.00 | 300.00 | Prepare draft preliminary injunction order |
| 7/2/2015 | WJF | 0.10 | 350.00 | 35.00 | Email to j Benetis; David Holtkamp; Jeffrey Paulsen; Douglas Giese; D Ebner regarding 6/9/15  injunction hearing |
| 7/3/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Proposed Preliminary injunction |
| 7/6/2015 | DPH | 2.70 | 250.00 | 675.00 | Review insurance contract and draft letter to TransAmerica |
| 7/6/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Email from D Ebner Proposed Preliminary Injunction |
| 7/10/2015 | WJF | 0.10 | 350.00 | 35.00 | Review emails re: Ebner v. Kaiser - Rule 26 conference |
| 7/16/2015 | DPH | 1.30 | 250.00 | 325.00 | Draft proposed discovery plan and circulate prior to 26(f) conference (.3) revise draft injunction order (.7) 26(f) conference with defendants (.3) |
| 7/16/2015 | WJF | 0.10 | 350.00 | 35.00 | Email from D Ebner re: Insurance payment |
| 7/17/2015 | DPH | 2.20 | 250.00 | 550.00 | Finalize kaiser injunction order (.8) review motion to withdraw the reference and research (1.4) |
| 7/20/2015 | WJF | 0.10 | 350.00 | 35.00 | Phone call from STAHL EIMER regarding claims against Scott and Peter Kaiser |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 7/28/2015 | DPH | 1.90 | 250.00 | 475.00 | Attend status hearing (.9) review rules on motion to withdrawal the reference and contact district court (1.0) |
| 8/5/2015 | WJF | 0.10 | 350.00 | 35.00 | Review Email from David Holtkamp re: Ebner v. Kaiser - Motion to vacate preliminary injunction |
| 8/5/2015 | WJF | 0.10 | 350.00 | 35.00 | Review email from D  Ebner Regarding  Motion to vacate preliminary injunction |
| 8/11/2015 | DPH | 0.70 | 250.00 | 175.00 | Review filings by Hourihane |
| 8/14/2015 | DPH | 1.00 | 250.00 | 250.00 | Review email  from D. Ebner (.1) call with client and estate funder regarding escrow (.9) |
| 8/20/2015 | DPH | 1.00 | 250.00 | 250.00 | Draft agreed order to sell |
| 8/21/2015 | DPH | 0.10 | 250.00 | 25.00 | Review email  from Hourihane regarding draft order |
| 8/25/2015 | DPH | 1.10 | 250.00 | 275.00 | Edit proposed order  (.5) talk with D Ebner and W Factor regarding same (.3) Review and revise emergency motion (.3) |
| 8/25/2015 | WJF | 0.20 | 350.00 | 70.00 | Call with D. Giese regarding status of the case |
| 8/26/2015 | DPH | 2.50 | 250.00 | 625.00 | Prepare for hearing on motion to allow sale of policy  and attend hearing (2.5) |
| 8/26/2015 | WJF | 0.20 | 350.00 | 70.00 | Phone call from Deborah K. Ebner regarding status of case |
| 8/27/2015 | WJF | 0.80 | 350.00 | 280.00 | Attend hearing on entry of agreed order modifying injunction |

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 8/27/2015 | DPH | 1.80 | 250.00 | 450.00 | Prepare for and attend hearing on motion to withdraw the reference |
| 8/28/2015 | DPH | 2.10 | 250.00 | 525.00 | Review transcript of hearing before Judge White |
| 8/31/2015 | DPH | 1.70 | 250.00 | 425.00 | Draft response to motion to withdraw reference |
| 9/1/2015 | DPH | 1.30 | 250.00 | 325.00 | Revise response to motion to withdraw the reference |
| 9/2/2015 | SR | 0.20 | 100.00 | 20.00 | Draft and file appearances for W. Factor and D. Holtkamp |
| 9/2/2015 | DPH | 2.60 | 250.00 | 650.00 | Revise response to motion to withdraw the reference (2.6) |
| 9/3/2015 | DPH | 5.00 | 250.00 | 1250.00 | Response to motion to withdraw the reference |
| 9/3/2015 | WJF | 0.10 | 350.00 | 35.00 | Review and Revise Omnibus Response to motions to dismiss |
| 9/4/2015 | DPH | 4.70 | 250.00 | 1175.00 | Response to motion to withdraw reference |
| 9/7/2015 | DPH | 2.10 | 250.00 | 525.00 | Review and revise response to motion to withdraw the reference |
| 9/8/2015 | DPH | 0.80 | 250.00 | 200.00 | Review and revise response to motion to withdraw and send to W factor for review |
| 9/8/2015 | DPH | 0.60 | 250.00 | 150.00 | Revise response to motion to dismiss |
| 9/10/2015 | DPH | 5.20 | 250.00 | 1300.00 | Draft response to motion for leave to appeal |
| 9/10/2015 | WJF | 1.50 | 350.00 | 525.00 | Additional work on response to Motions to Withdraw Reference; (1.0); review case law regarding same (.50) |

(4) Clerical

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 9/10/2015 | WJF | 0.60 | 350.00 | 210.00 | Work on response to motion for leave to appeal |
| 9/10/2015 | WJF | 0.20 | 350.00 | 70.00 | Phone call to David Holtkamp regarding response to motion for leave to appeal |
| 9/24/2015 | DPH | 1.60 | 250.00 | 400.00 | Prepare for and attend hearing on defendants' motion for leave to appeal |
| 9/29/2015 | DPH | 6.30 | 250.00 | 1575.00 | Review reply in support of motion to withdrawal reference |
| 9/30/2015 | DPH | 1.70 | 250.00 | 425.00 | Finalize motion to file sur-response |
| 10/14/2015 | DPH | 2.50 | 250.00 | 625.00 | Finalize and file motion to dismiss |
| 10/29/2015 | DPH | 0.50 | 250.00 | 125.00 | Appear at hearing on notice of appeal |
|  |  | 292.20 |  | 75975.00 |  |

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| | | | | | **Exhibit A-5 - Fee Applications** |
| 2/3/2015 | SR | 0.80 | 100.00 | 80.00 | Review and edit third interim fee application; several emails to/from W. Factor regarding same. |
| 2/5/2015 | SR | 0.90 | 100.00 | 90.00 | Review amended third application for compensation (.5); telephone conversation with D. Holtkamp regarding same (.1); several emails to/from W. Factor and D. Holtkamp regarding same (.1); prepare certificate of service for same (.1); file amended third application for compensation. (.1) |
| 3/13/2015 | DPH | 0.60 | 250.00 | 150.00 | Prepare time to submit to Mountaineer |
| 1/19/2015 | WJF | 3.10 | 350.00 | 1085.00 | Work on time detail for fee application (1.3); work on 3rd fee application(1.8) |
| 1/20/2015 | WJF | 2.80 | 350.00 | 980.00 | Prepare fee application, including charts summarizing work performed (2.2); prepare time detail for fee  application (.6) |
| 2/2/2015 | DPH | 0.50 | 250.00 | 125.00 | Review fee  application |
| 2/3/2015 | WJF | 0.80 | 350.00 | 280.00 | Work on third interim fee application |
| 2/4/2015 | SR | 1.00 | 100.00 | 100.00 | Edits to fee application (.2); cause notice to be served via U.S. Mail (.5); file third interim fee application (.3) |
| 2/4/2015 | DPH | 0.20 | 250.00 | 50.00 | Review Kaiser fee  app |

(2) No benefit to estate

{00047259}

Time Detail for Fourth Interim Application of the Law Office of William J. Factor, Ltd.

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|------|------|-------|------|--------|-------------|
| 2/4/2015 | WJF | 0.20 | 350.00 | 70.00 | Revisions to fee application |
| 2/25/2015 | DPH | 1.80 | 250.00 | 450.00 | Review fee app and prepare for hearing (.9) attend hearing (.9) |
| 2/26/2015 | DPH | 0.20 | 250.00 | 50.00 | Draft application to employ S. Rosenwasser as appraiser and amended application after speaking further with trustee (2.) |
| | | 12.90 | | 3510.00 | |
| | | 427.20 | | 112325.00 | |

{00047259}