**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  KAISER, JORDON HARRY | § | Case No. 11-41555TAB |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### FIRST AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/12/2011. The undersigned trustee was appointed on 10/12/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                $          1,041,848.72

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 722,136.54 |
| Administrative expenses | 142,774.41 |
| Bank service fees | 3,815.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          173,122.34 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/27/2013 and the deadline for filing governmental claims was 09/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $61,492.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $57,557.99 as interim compensation and now requests the sum of $3,934.64, for a total compensation of $61,492.13$_2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $38.82 and now requests reimbursement for expenses of $0.00 for total expenses of $38.82$_2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2017                         By: /s/ Deborah Ebner
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A
Page: 1

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 11-41555TAB
**Case Name:** KAISER, JORDON HARRY

**For Period Ending:** 03/21/2017

**Trustee Name:** (330480) Deborah Ebner
**Date Filed (f) or Converted (c):** 10/12/2011 (f)
**§ 341(a) Meeting Date:** 11/14/2011
**Claims Bar Date:** 09/27/2013

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Formally Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Indirect interests through trusts See Schedule B | 0.00 | 1.00 | | 0.00 | FA |
| 2 | Personal toiletries and effects Home - all perso | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Elderly man's wearing apparel Home | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Some man's jewelry Home | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Very old sporting equipment Debtor is now approaching 90 years old | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Lakeshore Athletic Club Illinois Center LLC Membership interest directly or indirectly owned through trust | Unknown | 0.00 | | 0.00 | FA |
| 7 | Lakeshore Centre Holdings, LLC Membership interest directly or indirectly owned through trust | Unknown | 0.00 | | 0.00 | FA |
| 8 | Lake Shore Racquet Club, Inc. Stock in closely held corporation directly or indirectly owned by trust | Unknown | 0.00 | | 0.00 | FA |
| 9 | Kaiser Development Group Membership interest directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 10 | Lakeshore Management Group, Inc. Stock in closely held family company directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 11 | Kaiser Developers, Inc. Stock in closely held corporation directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 11-41555TAB

Case Name: KAISER, JORDON HARRY

For Period Ending: 03/21/2017

Trustee Name: (330480) Deborah Ebner

Date Filed (f) or Converted (c): 10/12/2011 (f)

§ 341(a) Meeting Date: 11/14/2011

Claims Bar Date: 09/27/2013

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Flatiron Food and Beverage, Inc. Stock in closely held corporation directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 13 | Kaiser Equities Limited Partnership –Partnership Interest directly of indirectly owned through trust | Unknown | 1.00 | | 0.00 | FA |
| 14 | Kaiser Investments, LLC Membership interest in LLC directly or indirectly owned through trust | Unknown | 1.00 | | 0.00 | FA |
| 15 | KDI, LLC Membership interest in LLC directly or indirectly owned by trust | Unknown | 1.00 | | 0.00 | FA |
| 16 | Lakeshore Athletic Club Lincoln Park LLC Membership interest in LLC directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 17 | Town Center Club & Spa, Inc. Shares of stock in closely held corporation directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 18 | Bloomingdale Kaiser Bldg Partnership Partnership interest directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 19 | Beneficial interest in Jordon Kaiser Trust 9/15/2000 Amended and restated 3/21/2006, Further Amended and restated 2/9/2010 | Unknown | 1.00 | | 0.00 | FA |
| 20 | K & K Village Green LLC | Unknown | 0.00 | | 0.00 | FA |
| 21 | Northern Trust Company frozen deposit (u) | 0.00 | 8,348.72 | | 8,348.72 | FA |
| 22 | Undisclosed jewelry obtained in adversary action( Ebner vs. Kaiser 13-00340) (u) | 0.00 | 41,000.00 | | 41,000.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

Page: 3

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 11-41555TAB
**Case Name:** KAISER, JORDON HARRY

**Trustee Name:** (330480) Deborah Ebner
**Date Filed (f) or Converted (c):** 10/12/2011 (f)
**§ 341(a) Meeting Date:** 11/14/2011
**Claims Bar Date:** 09/27/2013

**For Period Ending:** 03/21/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23* | Ebner vs. Kaiser, et al ( 13-01243) (u) (See Footnote) | 0.00 | 992,500.00 | | 992,500.00 | FA |
| 23 | **Assets   Totals**   (Excluding unknown values) | **$1,500.00** | **$1,041,860.72** | | **$1,041,848.72** | **$0.00** |

RE PROP# 23   Receipt of settlement proceeds from the Kaiser Family defendants only

**Major Activities Affecting Case Closing:**

June 30, 2016 - Settlement reached with two of three remaining defendants.

May 10, 2016 - Order entered authorizing payment of carve-out and previously allowed administrative claim. (Docket entry 256)

3/16/16 - Order entered approving settlement agreement.

Trustee continues to work with outside counsel on discovery to ascertain scope of the bankruptcy estate. Trustee filed Case number 13-00340 against Doris Kaiser for accounting and turnover and other relief. Trustee prevailed on Motion for Summary Judgment on October 2, 2014 and Doris Kaiser ordered to turnover funds in the respective amounts of $131,850.00, 18,583. as well as all Retained Property. Money Judgment also entered. Total value of estate is completely unknown. Schedules were essentially filed in blank and Trustee is conducting an intense discovery and acquisition mission in this case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017

**Current Projected Date Of Final Report (TFR):** 03/13/2017 (Actual)

UST Form 101-7-TFR (5/1/2011)

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

Case No.: 11-41555TAB
Case Name: KAISER, JORDON HARRY
Taxpayer ID #: **-***0120
For Period Ending: 03/21/2017

Trustee Name: Deborah Ebner (330480)
Bank Name: Rabobank, N.A.
Account #: ******1766 Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable): N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/01/2014 | {21} | Jordan H. Kaiser c/o Northern Trust Canal Cashiers | Turnover of funds frozen by issuance of third party citation now terminated | 1229-000 | 8,348.72 | | 8,348.72 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.60 | 8,337.12 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.79 | 8,326.33 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.57 | 8,312.76 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.95 | 8,300.81 |
| 02/11/2015 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-41555, Bond # 10BSBGR6291 | 2300-000 | | 5.33 | 8,295.48 |
| 02/20/2015 | 102 | JP Morgan Chase | Voided on 02/26/2015 | 2420-000 | | 150.00 | 8,145.48 |
| 02/26/2015 | 102 | JP Morgan Chase | Voided: check issued on 02/20/2015 | 2420-000 | | -150.00 | 8,295.48 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.14 | 8,284.34 |
| 03/04/2015 | 103 | New York Jewelers | appraisal charge per court order | 2500-000 | | 1,550.00 | 6,734.34 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.81 | 6,722.53 |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)        ! - transaction has not been cleared

Exhibit B
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 11-41555TAB
**Case Name:** KAISER, JORDON HARRY
**Taxpayer ID #:** \*\*-\*\*\*0120
**For Period Ending:** 03/21/2017

**Trustee Name:** Deborah Ebner (330480)
**Bank Name:** Rabobank, N.A.
**Account #:** \*\*\*\*\*\*1766 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/03/2015 | 104 | By-Line Bank | safety deposit fee | 2420-000 | | 30.00 | 6,692.53 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,682.53 |
| 05/15/2015 | 105 | American Auction Associates, Inc | payment to auctioneer | 2420-000 | | 898.92 | 5,783.61 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,773.61 |
| 06/08/2015 | 106 | Deborah K. Ebner, Trustee | Trustee compensation | 2100-000 | | 4,361.63 | 1,411.98 |
| 06/08/2015 | 107 | Deborah K. Ebner, trustee | Trustee expenses | 2200-000 | | 14.13 | 1,397.85 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,387.85 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,377.85 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,367.85 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,357.85 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,347.85 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,337.85 |

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)

*! - transaction has not been cleared*

Exhibit B
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 03/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/08/2015 | {22} | T.N. Donnelly & Co. | payment for assets | 1229-000 | 7,500.00 | | 8,837.85 |
| 12/08/2015 | 108 | Miller Advertising Advertising Agency, Inc | payment for advertising expenses | 2500-000 | | 847.00 | 7,990.85 |
| 12/11/2015 | {22} | T.N.Donnelly | payment for assets | 1229-000 | 33,500.00 | | 41,490.85 |
| 12/17/2015 | 109 | New York Jewelers | break up fee authorized per court order | 2500-000 | | 2,500.00 | 38,990.85 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.46 | 38,957.39 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.62 | 38,902.77 |
| 02/15/2016 | 110 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 | | 33.82 | 38,868.95 |
| 02/15/2016 | 111 | Deborah K. Ebner, trustee | Third interim fee award pursuant to order Voided on 02/16/2016 | 2200-000 | | 7,101.47 | 31,767.48 |
| 02/16/2016 | 111 | Deborah K. Ebner, trustee | Third interim fee award pursuant to order Voided: check issued on 02/15/2016 | 2200-000 | | -7,101.47 | 38,868.95 |
| 02/17/2016 | 112 | Deborah K. Ebner, trustee | Third Interim Fee Order awarded 2/16/2016 | 2100-000 | | 7,100.48 | 31,768.47 |

{ } Asset Reference(s)         UST Form 101-7-TFR (5/1/2011)                                                                 ! - transaction has not been cleared

Exhibit B
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | | Trustee Name: | Deborah Ebner (330480) |
| Case Name: | KAISER, JORDON HARRY | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | | Account #: | ******1766 Checking Account |
| For Period Ending: | 03/21/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.88 | 31,717.59 |
| 03/22/2016 | {23} | US Bankruptcy Court-N Dist of IL | Release of Settlement Funds from Kaiser Family . | 1241-000 | 913,500.00 | | 945,217.59 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 399.47 | 944,818.12 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,310.09 | 943,508.03 |
| 05/09/2016 | 113 | Law Office Of William J. Factor | payment of previously allowed administrative claim; EOD 03/16/2016 | 3210-000 | | 89,003.03 | 854,505.00 |
| 05/09/2016 | 114 | Mountaineer Investments, LLC | Distribution of carve out approved in May 16, 2012 Funding Agreement. | 4110-000 | | 722,136.54 | 132,368.46 |
| 05/31/2016 | 116 | Deborah K. Ebner, trustee | EXPENSE REIMBURSEMENT PER ORDER | 2200-000 | | 24.69 | 132,343.77 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 683.47 | 131,660.30 |
| 06/01/2016 | 115 | Deborah K. Ebner, Trustee | TRUSTEE COMPENSATION PER COURT ORDER | 2100-000 | | 36,405.38 | 95,254.92 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 160.84 | 95,094.08 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 131.85 | 94,962.23 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 03/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.83 | 94,812.40 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 135.99 | 94,676.41 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 131.27 | 94,545.14 |
| Deposits made from 11/16/2016 01/03/2017 | {23} | Metlife, North American, American International, Ins. defendants settlement | | 1241-000 | 79,000.00 | | 173,545.14 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 186.62 | 173,357.52 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.18 | 173,122.34 |
| | | | | | | | 173,122.34 |

{} Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)                                                        ! - transaction has not been cleared

Exhibit B
Page: 6

# Form 2

# Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB |
| Case Name: | KAISER, JORDON HARRY |
| Taxpayer ID #: | **-***0120 |
| For Period Ending: | 03/21/2017 |

| Trustee Name: | Deborah Ebner (330480) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******1766 Checking Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | $173,122.34 |
| | | | COLUMN TOTALS | | 1,041,848.72 | 868,726.38 | |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,041,848.72 | 868,726.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,041,848.72 | $868,726.38 | |

*! - transaction has not been cleared*

*{} Asset Reference(s)*          UST Form 101-7-TFR (5/1/2011)

Exhibit B
Page: 7

# Form 2

# Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 11-41555TAB |
| Case Name: | KAISER, JORDON HARRY |
| Taxpayer ID #: | **-***0120 |
| For Period Ending: | 03/21/2017 |

| | |
|---|---|
| Trustee Name: | Deborah Ebner (330480) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******1766 Checking Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| ******1766 Checking Account | $1,041,848.72 | $868,726.38 | $173,122.34 |
| | $1,041,848.72 | $868,726.38 | $173,122.34 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Claims Proposed Distribution Register

### Case: 11-41555TAB KAISER, JORDON HARRY

| Case Balance: | $173,122.34 | | Total Proposed Payment: | $173,122.34 | | Remaining Balance: | $0.00 | | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 3 | Merchant Advance Funding | Secured | $56,703.56 | $0.00 | $0.00 | $0.00 | $0.00 | $173,122.34 |
| | **Claim Memo:**  order disallowing claim doc #259 | | | | | | | |
| 6 | ARNSTEIN & LEHR LLP c/o Jeffrey Feingold | Secured | $475,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $173,122.34 |
| | **Claim Memo:**   Order disallowing claim at docket number #258 | | | | | | | |
| | American Auction | Admin Ch. 7 | $1,098.92 | $1,098.92 | $898.92 | $200.00 | $200.00 | $172,922.34 |
| | <2420-00 Costs to Secure/Maintain Property ( insurance, locks, etc.)> | | | | | | | |
| | **Claim Memo:**    MEMO: See banking file : Don did inventory and assesment on an emergency basis when Atty called me at 4:15 on a Friday  to notify me of an asset sale happening at 10:00 the next day. $200 for storage costs remain unpaid | | | | | | | |
| | By-Line Bank | Admin Ch. 7 | $30.00 | $30.00 | $30.00 | $0.00 | $0.00 | $172,922.34 |
| | <2420-00 Costs to Secure/Maintain Property ( insurance, locks, etc.)> | | | | | | | |
| | **Claim Memo:**    MEMO: Safety deposit box rental for silver and jewelry. CHase would not open for a bankruptcy estate | | | | | | | |
| | Miller Advertising Advertising Agency, Inc | Admin Ch. 7 | $847.00 | $847.00 | $847.00 | $0.00 | $0.00 | $172,922.34 |
| | <2500-00 Costs re Sale of Property (closing costs, etc. not realtor comm.)> | | | | | | | |
| | **Claim Memo:**    MEMO: charges for Tribune Auction ad | | | | | | | |
| | New York Jewelers | Admin Ch. 7 | $4,050.00 | $4,050.00 | $4,050.00 | $0.00 | $0.00 | $172,922.34 |
| | <2500-00 Costs re Sale of Property (closing costs, etc. not realtor comm.)> | | | | | | | |
| | **Claim Memo:**    MEMO: Per Order entered 3/4/2015 | | | | | | | |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 11-41555TAB KAISER, JORDON HARRY

**Case Balance:** $173,122.34   **Total Proposed Payment:** $173,122.34   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Law Office Of William J. Factor | Admin Ch. 7 | $407,198.53 | $152,965.53 | $89,003.03 | $63,962.50 | $63,962.50 | $108,959.53 |

<3210-00 Attorney for Trustee Fees (Other Firm)>

**Claim Memo:** The compensation claim of William J. Factor, LLC. aggregates, and is listed in the system in the amount of $407,198.53. Of this amount, $343,236.03 was approved and paid pursuant to Court Orders. Payors of the allowed amounts were Mountaineer Investments, LLC in the amount of $254,233.00, and Trustee the amount of $89,003.03. This payment mechanism was incorporated into a funding agreement, duly approved by Court Order, a copy of which is attached hereto. Please see docket entry 256 and Order EOD 5/10/16. William J. Factor seeks a final balance of $63,962.50. BMS system does not permit entry of fees paid from third party, Accordingly, the $152,695.53 shown as "Amount Allowed" is understated. The $152,695.53 total is the aggregate of the amount paid through the estate which was $89,003.03 plus the balance due of $63,692.50. The actual amount allowed, however is $343,236.03.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Arthur B. Levine Company | Admin Ch. 7 | $5.33 | $5.33 | $5.33 | $0.00 | $0.00 | $108,959.53 |

<2300-00 Bond Payments>

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Deborah K. Ebner, Trustee | Admin Ch. 7 | $61,492.13 | $61,492.13 | $57,557.99 | $3,934.64 | $3,934.64 | $105,025.20 |

<2100-00 Trustee Compensation>

**Claim Memo:** The statutory compensation claim of Trustee aggregates $61,492.13 and is listed in the system as such. Of this amount, $57,557.49 was approved and paid pursuant to Court Orders. Payors of the allowed amounts were Mountaineer Investments, LLC in the amount of $47,867.49. This payment mechanism was incorporated into a funding agreement, duly approved by Court Order, a copy of which is attached hereto. Please see docket entry 256 and Order EOD 5/10/16. Trustee seeks a final balance of $3,934.64

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Clerk of the United States Bankruptcy Court | Admin Ch. 7 | $293.00 | $293.00 | $0.00 | $293.00 | $293.00 | $104,732.20 |

<2700-00 Clerk of the Court Fees>

**Claim Memo:** Adversary case number 13-01243

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | JP Morgan Chase | Admin Ch. 7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104,732.20 |

<2420-00 Costs to Secure/Maintain Property ( insurance, locks, etc.)>

Printed:   03/21/2017 3:11 PM

Page: 3

## Exhibit C

### Claims Proposed Distribution Register

**Case: 11-41555TAB KAISER, JORDON HARRY**

| Case Balance: | $173,122.34 | | Total Proposed Payment: | | $173,122.34 | | Remaining Balance: | | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | Trustee was not able to secure a safety deposit box at JP Morgan chase; check was voided | | | | | | | |
| | Law Office Of William J. Factor | Admin Ch. 7 | $4,763.43 | $557.91 | $0.00 | $557.91 | $557.91 | $104,174.71 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| **Claim Memo:** | Balance of administrative claim previously approved by court. (See docket entry 256 and Order EOD 5/10/16); total claim is $4,763.43 previously paid $4,205.52 | | | | | | | |
| | Deborah K. Ebner, trustee | Admin Ch. 7 | $13.86 | $38.82 | $38.82 | $0.00 | $0.00 | $104,174.71 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| **Claim Memo:** | MEMO: Per Order entered 6/2/15 | | | | | | | |
| | Mountaineer Investments, LLC | Admin Ch. 7 | $336,988.00 | $336,988.00 | $0.00 | $336,988.00 | $104,174.29 | $0.00 |
| | <2990-00 Other Chapter 7 Administrative Expenses> | | | | | | | |
| **Claim Memo:** | The administrative claim of Mountaineer constitutes all payments made directly by Mountaineer pursuant to the estate funding agreement, a copy of which is attached. Mountaineer has not received disbursement only advancements; | | | | | | | |
| | | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Al LaPalusa | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Amstein Lehr LLP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Exhibit C

## Claims Proposed Distribution Register

### Case: 11-41555TAB KAISER, JORDON HARRY

**Case Balance:** $173,122.34    **Total Proposed Payment:** $173,122.34    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BMO Harris Bank NA assignee of FDIC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BMW Financial SErvices | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bryce Downey do Stein & Rotman | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CBIZ One S Wacker Drive | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank SD NA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Credit Management | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Desert Cardiology | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | First Bank c.o Martin Hauselman | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JPMCC 2007 CIBC 19STEISO do DLA Piper US LLP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MB Financial Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MB Financial Bank NA do McGuireWoods LLP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Medical Cardiology | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mountaineer Investments do Howard & Howard | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Page: 5

## Exhibit C

## Claims Proposed Distribution Register

### Case: 11-41555TAB KAISER, JORDON HARRY

**Case Balance:** $173,122.34        **Total Proposed Payment:** $173,122.34        **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | North Shore Univ. Health | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Palm Medical | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Reed Smith LLP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Southern California Edison | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | St. Joseph Hospital | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Tracy Cross C/o Heller Shapiro and Frisone | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Verizon California | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wing Street of Arlington do Kovitz Shifrin Nesbit | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1U | Mountaineer Investments, L.L.C. | Unsecured | $2,551,523. | $2,551,523.79 | $0.00 | $2,551,523.79 | $0.00 | $0.00 |
| 2 | Chicago Title Insurance Company c/o Casey B. Hicks Larson & Associates, P.C. | Unsecured | $2,800,982. | $2,800,982.50 | $0.00 | $2,800,982.50 | $0.00 | $0.00 |
| 4 | American Express Bank, FSB c o Becket and Lee LLP Attorneys/Agent for Creditor | Unsecured | $9,110.51 | $9,110.51 | $0.00 | $9,110.51 | $0.00 | $0.00 |

## Exhibit C

### Claims Proposed Distribution Register

#### Case: 11-41555TAB KAISER, JORDON HARRY

**Case Balance:** $173,122.34          **Total Proposed Payment:** $173,122.34          **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| 5 | BMO Harris Bank, N.A. f/k/a Harris N.A. c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | Unsecured | $646,396.33 | $646,396.33 | $0.00 | $646,396.33 | $0.00 | $0.00 |
| 7 | Department of the Treasury Internal Revenue Service | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Total for Case:   11-41555TAB** | | $7,346,806.89 | $6,556,689.77 | $142,740.59 | $6,413,949.18 | $173,122.34 | |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-41555TAB
Case Name: JORDON HARRY KAISER
Trustee Name: Deborah Ebner

**Balance on hand:** $ _____ 173,122.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Mountaineer Investments, L.L.C. | 6,000,000.00 | 6,000,000.00 | 722,136.54 | 0.00 |
| 3 | Merchant Advance Funding | 56,703.56 | 0.00 | 0.00 | 0.00 |
| 6 | ARNSTEIN & LEHR LLP c/o Jeffrey Feingold | 475,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ _____ 0.00
Remaining balance: $ _____ 173,122.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner, Trustee | 61,492.13 | 57,557.99 | 3,934.64 |
| Trustee, Expenses - Deborah K. Ebner, trustee | 13.86 | 38.82 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Bond Payments - Arthur B. Levine Company | 5.33 | 5.33 | 0.00 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - American Auction | 1,098.92 | 898.92 | 200.00 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - By-Line Bank | 30.00 | 30.00 | 0.00 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - JP Morgan Chase | 0.00 | 0.00 | 0.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - New York Jewelers | 4,050.00 | 4,050.00 | 0.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Miller Advertising Advertising Agency, Inc | 847.00 | 847.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Mountaineer Investments, LLC | 336,988.00 | 0.00 | 104,174.29 |
| Attorney for Trustee Fees (Other Firm) - Law Office Of William J. Factor | 407,198.53 | 89,003.03 | 63,962.50 |
| Attorney for Trustee Expenses (Other Firm)  - Law Office Of William J. Factor | 4,763.43 | 0.00 | 557.91 |

|  | | | |
|---|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | | $ | 173,122.34 |
| Remaining balance: | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,008,013.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Mountaineer Investments, L.L.C. | 2,551,523.79 | 0.00 | 0.00 |
| 2 | Chicago Title Insurance Company c/o Casey B. Hicks Larson & Associates, P.C. | 2,800,982.50 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB c o Becket and Lee LLP Attorneys/Agent for Creditor | 9,110.51 | 0.00 | 0.00 |
| 5 | BMO Harris Bank, N.A. f/k/a Harris N.A. c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | 646,396.33 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:  $    0.00

Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $    0.00

Remaining balance:  $    0.00

**UST Form 101-7-TFR(5/1/2011)**