**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JORDON KAISER | ) | Case No. 11-41555 |
| Debtor, | ) | Honorable Timothy A. Barnes |

**COVER SHEET FOR APPLICATION FOR
FINAL PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant: Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which
Compensation is Sought: October 12, 2011 through close of the case

Amount of Fees Sought: $61,492.13 (interim fees received totaling $57,557.99)
Amount of Expense
Reimbursement Sought: $ 0.00

This is an: Interim Application_____ Final Application___X___

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| February 17, 2014 | 10/11/2014-02/06/2014 | $ 9,690.00 (fees)<br>$    60.35 (exp) | $9,690.00 (fees)<br>$    60.35 (exp) |
| May 7, 2015 | 02/17/2014 – 05/01/2015 | $4,361.63 (fees)<br>$    14.13 (exp) | $4,361.63 (fees)<br>$    14,13 (exp) |
| January 22, 2016 | 05/02/2015 – 01/22/2016 | $ 7,100.48 (fees) | $7,100.48 (fees) |
| May 10, 2016 | 01/23/2016 –May 10, 2016 | $ 36,405.38 (fees)<br>$    24.69 (exp) | $36,405.38 (fees)<br>$    24.69 (exp) |

Applicant: Deborah K. Ebner, Trustee

Date:   March 22, 2017          By:   /s/Deborah K. Ebner
                                       Deborah K. Ebner Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    )        Chapter 7
    JORDON KAISER                            )        Case No. 11-41555
                                                          )        Honorable Timothy A. Barnes
                    Debtor,        )

**FINAL APPLICATION OF TRUSTEE FOR STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT**

TO THE HONORABLE Timothy A. Barnes, Bankruptcy Judge:

    NOW COMES Deborah K. Ebner, duly appointed qualified and acting Trustee in these proceedings, and pursuant to Sections 326 and 330 of the United States Bankruptcy Code, tenders the following outline of services rendered in connection with the administration of this Estate, in support of her request for statutory compensation and expense reimbursement:

**TRUSTEE SERVICES**

I.    TASKS

    1.    Prepared for 341 meeting;

    2.    Conducted 341 meeting;

    3.    Administered case;

    4.    Filed Initial Report of Trustee in Asset Case;

    5.    Filed Interim Property Record and Asset Reports;

    6.    Reviewed Claims;

    7.    Opened Bank Account;

    8.    Prepared Trustee's Final Report;

    9.    Prepared in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

    10.    Anticipated posting and distribution of dividend checks;

    11.    Prepared and filed Final Account;

II.    STATUTORY TRUSTEE COMPENSATION CALCULATION

12.    The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $1,274,737.68 [1] which is the aggregate of Estate's funds distributed to parties in interest other than the Debtor, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $ 1,250.00 |
| 10% of the next $45,000 | $ 4,500.00 |
| 5% of the next $950,000 | $47,500.00 |
| 3% of the balance | $ 8,242.13 |
| Total allowable compensation | $61,492.13 |

III.    COMPENSATION AND EXPENSE REIMBURSEMENT REQUEST

13.    At this time, Trustee requests final approval of the prior interim award and payment and approval of this second and final request for Trustee compensation in the amount of $3,934.64,

IV.    CONCLUSION

14.    **For the foregoing reasons, Trustee seeks $3,934.64 in statutory compensation.**

                              Respectfully submitted,

                      By:    /s/Deborah K. Ebner
                            Deborah K. Ebner, Trustee

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
PO Box 929
Chicago, IL 60603
(312) 922-3838

---

[1] The Trustee's compensation was determined by adding the disbursements made by the Trustee of $868,726.38 to the balance on hand to be disbursed of $173,122.34, plus the constructive disbursements made by Mountaineer of $336,988.00, less $104,174.29, which is the final amount to be disbursed to Mountaineer and hence a "reimbursement" on its administrative claim. The UST has not objected to the $75.10 variance which was discussed during the process of reviewing this Final Report and Account and requests for compensation.

4