## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 11bk41555** |
| **JORDON HARRY KAISER** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | **Honorable Timothy A. Barnes** |
| | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THE LAW OFFICE OF WILLIAM J. FACTOR, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 63,962.50 | TOTAL COSTS REQUESTED: | $ 557.91 |
| TOTAL FEES REDUCED: | $ 917.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 63,045.00 | TOTAL COSTS ALLOWED: | $ 557.91 |

### TOTAL FEES AND COSTS ALLOWED: $ 63,602.91

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Computational or Typographical Error – TOTAL of disallowed amounts: $ 137.50**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries for the same meeting or call (same day, same tasks, different time billed), the court will consider one of the entries to be a typographical error and reduce to the smallest time entry.

**(2)     Unreasonable Travel Time – TOTAL of disallowed amounts: $ 105.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

In this district, local travel is not compensable.

**(3)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected time entries): $ 175.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

In this case, time entries all appear to be rounded to the hour for one entry.

**(4)    Insufficient Description – TOTAL of disallowed amounts: $ 125.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

**(5)    No Benefit to the Estate – TOTAL of disallowed amounts: $ 375.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, counsel appeared at the hearing on the motion to file a document under seal and was not able to speak to the motion, requesting a continuance for another party with more knowledge to appear.

Dated:  April 19, 2017

_____
Timothy A. Barnes
United States Bankruptcy Judge

Exhibit A
Claims against Doris Kaiser

| | Date | Prof. | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| (1) Typo | 11/24/15 | DPH | 0.7 | $250.00 | $175.00 | Call with D. Ebner, W. Factor and J. Hourihane regarding insurance policy status. |
| | 11/24/15 | WJF | 0.6 | $350.00 | $210.00 | Call with D. Ebner, W. Factor and J. Hourihane regarding insurance policy status. |
| | 11/25/15 | DPH | 1.4 | $250.00 | $350.00 | Correspond with J. Hourihane about payment of insurance policy (.2); follow up with W. Factor on same (.1); draft motion to approve sale of personal property (1.1). |
| | 11/25/15 | WJF | 0.7 | $350.00 | $245.00 | Review and revise motion to set sale procedures and hearing to sell jewelry |
| | 11/27/15 | WJF | 2.7 | $350.00 | $945.00 | prepare motion to set sale procedures. |
| | 11/27/15 | WJF | 2.8 | $350.00 | $980.00 | Draft and finalize motion to set sale procedures and to schedule auction. |
| | 11/28/15 | WJF | 0.5 | $350.00 | $175.00 | meet with trustee at bank regarding safe deposit box. |
| | 12/01/15 | WJF | 0.2 | $350.00 | $70.00 | telephone call with D. Holtkamp regarding settlement offers from Defendants and from Mountaineer. |
| | 12/01/15 | DPH | 0.4 | $250.00 | $100.00 | Review proposed offer and discuss internally. |
| | 12/01/15 | WJF | 0.1 | $350.00 | $35.00 | Email to dkebner@deborahebnerlaw.com re: FW: Response to Settlement proposal. |
| | 12/02/15 | WJF | 1.2 | $350.00 | $420.00 | prepare for and attend hearing on motion to set sale procedures. |
| (2) Travel Time | 12/05/15 | WJF | 0.6 | $350.00 | $210.00 | meet with trustee at bank regarding safe deposit box(.3); travel to and from bank at 50% (.3). |
| | 12/07/15 | WJF | 1.1 | $350.00 | $385.00 | telephone call with New York jewelers regarding auction (.3); prepare for auction of jewelry (.8). |
| | 12/08/15 | SR | 0.8 | $100.00 | $80.00 | Assist W. Factor and D. Ebner in auction of jewelry.. |
| (3) Improper Time Increments | 12/08/15 | WJF | 5.0 | $350.00 | $1,750.00 | prepare for and attend auction (2.0); attend subsequent court hearing on auction (1.0); meet with trustee and also meet with others briefly after auction to discuss closing and related issues, incuding discussion with J. Hourihane regarding settlements offers (1.0); prepare order for DOTF (1.0). |
| | 12/08/15 | WJF | 0.2 | $350.00 | $70.00 | Phone call to New York Jewelers \| (312) 855-4999 (10 minutes) regarding auction. |
| | 12/08/15 | WJF | 0.3 | $350.00 | $105.00 | telephone call with John Benetis to discuss his settlement offer response and timing of sale. |
| | 12/09/15 | WJF | 0.4 | $350.00 | $140.00 | emails to attorneys for parties regarding draft order (.1); review instructions for DOT F filing and submit draft order related to sale of jewelry (.3). |
| | 12/09/15 | WJF | 0.3 | $350.00 | $105.00 | telephone call with Doug Giese to discuss settlement and status of sale of property. |
| | 12/10/15 | WJF | 0.2 | $350.00 | $70.00 | Telephone call with John Hourihane regarding adversary proceeding.. |
| | 12/10/15 | WJF | 0.3 | $350.00 | $105.00 | Phone call with d. Ebner to discuss adversary proceeding. |
| | 12/11/15 | WJF | 0.6 | $350.00 | $210.00 | work on closing sale of jewelry. |
| | 12/23/15 | WJF | 0.5 | $350.00 | $175.00 | telephone calls (2) with D. Holtkamp regarding sale of policy. |
| | 12/23/15 | DPH | 2.0 | $250.00 | $500.00 | kaiser - take with estate funder regarding amounts owed on policy and trustee regarding same (. |

Case 11-41555   Doc 282   Filed 04/19/17   Entered 04/20/17 07:58:06   Desc Main
Case 11bk41555, Doc 279, Filed 09/23/2017   Entered 09/23/2017 12:03:52, Desc Exhibit A,
Document   Page 4 of 13
Exhibit A
Page 3 of 12
Claims against Doris Kaiser

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/23/15 | WJF | 0.2 | $350.00 | $70.00 | Email to J. Benetis Re: KAISER Policy Info (Thread 7). |
| 12/24/15 | WJF | 0.2 | $350.00 | $70.00 | telephone call with Doug Giese regarding state court opinion. |
| 12/24/15 | WJF | 0.1 | $350.00 | $35.00 | Email to J. Benetis re: Transamerica Policy 0X090002 (Thread 2). |
| 12/28/15 | DPH | 3.4 | $250.00 | $850.00 | Draft motion for turnover. |
| 12/30/15 | DPH | 1.2 | $250.00 | $300.00 | finalize turnover motion. |
| 12/30/15 | WJF | 0.5 | $350.00 | $175.00 | telephone call with attorney for pKaiser grandkids. |
| 12/30/15 | WJF | 0.5 | $350.00 | $175.00 | Phone call with Eimer Stahl LLP |
| 01/03/16 | WJF | 1.1 | $375.00 | $412.50 | telephone call with New York jewelers regarding auction (.3); prepare for auction (.8). |
| 01/04/16 | DPH | 0.6 | $250.00 | $150.00 | Call with client regarding possible policy lapse. |
| 01/04/16 | WJF | 0.2 | $350.00 | $70.00 | review extensive email from Hourihane regarding settlement. |
| 01/04/16 | WJF | 0.1 | $375.00 | $37.50 | Emails with D. Holtkamp re: KC Trust Life Settlement and Policy (Thread 3). |
| 01/04/16 | WJF | 0.5 | $375.00 | $187.50 | telephone call with trustee, David and Doug regarding settlement. |
| 01/06/16 | DPH | 2.7 | $250.00 | $675.00 | Prepare for and attend motion to turnover funds received (1.3) draft proposed order (.3) correspondence with Trustee and Mountaineer regarding policy (1.0). |
| 01/06/16 | WJF | 0.1 | $375.00 | $37.50 | Email from John Benetis re: Re: FW: In re Kaiser - Transamerica (Thread 7). |
| 01/07/16 | WJF | 0.3 | $375.00 | $112.50 | telephone call with D. Holtkamp regarding sale of policy. |
| 01/07/16 | DPH | 0.5 | $250.00 | $125.00 | Discuss issues regarding policy with W factor (.2) draft correspondence to transamerica regarding same (.3). |
| 01/08/16 | WJF | 0.2 | $375.00 | $75.00 | Email to Chittenden, William A.; David Holtkamp re: In re Kaiser - Transamerica (Thread 4). |
| 01/10/16 | WJF | 0.2 | $375.00 | $75.00 | Emails with John Hourihane re: KC Trust Settlement Offer (Thread 6). |
| 01/11/16 | DPH | 0.8 | $250.00 | $200.00 | Calls with client regarding settlement offers. |
| 01/11/16 | WJF | 0.6 | $350.00 | $210.00 | telephone call with DH and Trustee regarding settlement. |
| 01/12/16 | WJF | 0.4 | $375.00 | $150.00 | telephone call with attorney for children's trust regarding settlement position. |
| 01/12/16 | WJF | 0.3 | $375.00 | $112.50 | prepare email to attorney for children's trust regarding bankruptcy trustees position on settlement offer. |
| 01/12/16 | DPH | 0.2 | $275.00 | $55.00 | Discuss possible settlement with W Factor. |
| 01/12/16 | WJF | 0.1 | $375.00 | $37.50 | Email to John Hourihane re: KC Trust Settlement Offer. |
| 01/12/16 | WJF | 0.1 | $375.00 | $37.50 | Email to David Holtkamp and Deborah K. Ebner re: Kaiser. |
| 01/13/16 | WJF | 0.3 | $375.00 | $112.50 | Phone call to Douglas C. Giese to discuss settlement. |
| 01/14/16 | DPH | 2.0 | $275.00 | $550.00 | Review settlement offer and cause check to go to Transamerica to keep policy in place (1.0) finalize fee application info for Mountaineer (1.0). |
| 01/25/16 | DPH | 3.9 | $275.00 | $1,072.50 | Kaiser - Review settlement Agreement. |
| 01/26/16 | DPH | 0.1 | $275.00 | $27.50 | Respond to emails from Mountaineer regarding settlement agreement. |

(1) Typo — 01/04/16 DPH row
(1) Typo — 01/07/16 WJF row
(1) Typo — 01/11/16 DPH row

Case 11-41555   Doc 282   Filed 04/19/17   Entered 04/20/17 07:58:06   Desc Main
Case 11bk41555, Doc 279, Filed 03/23/2017, Entered 03/23/2017 12:03:52, Desc Exhibit A,
Document    Page 5 of 13
Exhibit A-1
Page 4 of 12
Claims against Doris Kaiser

| 01/27/16 | DPH | 2.7 | $275.00 | $742.50 | Attend hearing to report of 26(f) conference (1.) and draft proposed order (.1) review documents to propose settlement to lakeshore centre (.5) edit settlement agreement and circulate (1.1) talk with holding's counsel regarding settlment (.3). |
| 01/27/16 | JKP | 0.2 | $275.00 | $55.00 | Prepare for status hearing on Ebner v. Kaiser complaint. |
| 01/27/16 | WJF | 0.4 | $375.00 | $150.00 | review draft of settlement agreement and revisions to same. |
| 01/28/16 | DPH | 1.0 | $275.00 | $275.00 | Revise settlement agreement consistent with WJF edits |
| 01/28/16 | WJF | 1.4 | $375.00 | $525.00 | Revisions to settlement agreement with Kaiser parties and others. |
| 01/29/16 | DPH | 1.5 | $275.00 | $412.50 | Communicate with mountaineer regarding settlement payments (.1) prepare payment to transamerica (.3) incorporate edits from mountaineer into settlement agreement (1.1). |
| 02/01/16 | DPH | 0.6 | $275.00 | $165.00 | respond to J. Hourihane's email regarding settlement agreement. |
| 02/03/16 | DPH | 0.9 | $275.00 | $247.50 | Edit Settlement agreement with Hourihane changes. |
| 02/10/16 | DPH | 0.2 | $275.00 | $55.00 | Review and revise settlement agreement. |
| 02/10/16 | WJF | 0.1 | $375.00 | $37.50 | Email with John Benetis re: Re: Kaiser Settlement (Thread 3). |
| 02/11/16 | DPH | 1.5 | $275.00 | $412.50 | Further revision to settlement agreement to address comments and proposed edits from J. Hourihane. |
| 02/16/16 | DPH | 0.6 | $275.00 | $165.00 | Finalize and circulate revised settlement agreement. |
| 02/23/16 | DPH | 0.5 | $275.00 | $137.50 | Edit settlement agreement. |
| 02/25/16 | DPH | 0.7 | $275.00 | $192.50 | Attend hearing on preliminary injunction appeal (.7). |
| 03/01/16 | DPH | 0.2 | $275.00 | $55.00 | Talk to Mountaineer about the settlement agreement. |
| 03/02/16 | DPH | 1.5 | $275.00 | $412.50 | Prepare a clean copy of agreement for signatures (.5) draft motion to approve settlement (.7) call with w factor regarding execution of settlement (.2). |
| 03/03/16 | DPH | 0.2 | $275.00 | $55.00 | Review and send emails regarding settlement agreement.. |
| 03/04/16 | DPH | 0.5 | $275.00 | $137.50 | collect signatures on settlement (.4) Forward same to W. Factor. (.1) |
| 03/04/16 | WJF | 0.5 | $375.00 | $187.50 | Review motion to Approve Settlement Agreement |
| 03/04/16 | DPH | 1.3 | $275.00 | $357.50 | Draft motion to approve settlement |
| 03/15/16 | WJF | 0.2 | $375.00 | $75.00 | telephone call with D. Holtkamp regarding TransAmerica claims. |
| 03/16/16 | DPH | 2.1 | $275.00 | $577.50 | prepare for and attend motion to approve settlement agreement (1.5) review and file motion to dismiss transamerica (6). |
| 03/17/16 | DPH | 0.4 | $275.00 | $110.00 | speak with D Hyde regarding order (.2) edit proposed amended order (.2). |
| 03/22/16 | DPH | 2.6 | $275.00 | $715.00 | Review stipulation to dismiss and related documents and sign (.3) attend hearing on motion to dismiss (.9) start to draft motion to approve interim distribution. |

| 03/30/16 | DPH | 0.3 | $275.00 | $82.50 | file stipulation to terminate supp procedings against doris. |
|---|---|---|---|---|---|
| | | | | | |
| Totals: | | 67.1 | | $20,145.00 | |

**Fraudulent Conveyance Adversary Proceeding**

(4) Insufficient Description

| Date | Prof. | Hours | Rate | Amount | Description |
|------|-------|-------|------|--------|-------------|
| 11/2/2015 | DPH | 0.50 | $250.00 | $125.00 | Review fillings and transcripts. |
| 11/2/2015 | DPH | 2.70 | $250.00 | $675.00 | Prepare for hearing on moiton to withdraw the reference. |
| 11/9/2015 | DPH | 0.80 | $250.00 | $200.00 | Prepare for hearing on motion to withdraw the reference. |
| 11/10/2015 | WJF | 0.30 | $350.00 | $105.00 | Review and revise motion to strike jury demand. |
| 11/10/2015 | DPH | 1.10 | $250.00 | $275.00 | Review ruling and correspond with W. Factor regarding case strategy and next steps. |
| 11/10/2015 | DPH | 3.30 | $250.00 | $825.00 | Draft motion to stike jury demand. |
| 11/10/2015 | WJF | 0.20 | $350.00 | $70.00 | Review opinion denying motion to withdraw reference of fraudulent conveyance suit. |
| 11/17/2015 | DPH | 1.80 | $250.00 | $450.00 | Prepare for hearing on motion to strike jury demand and motion to amend PI order. |
| 11/30/2015 | WJF | 0.10 | $350.00 | $35.00 | Review Email from dkebner@deborahebnerlaw.com re: FW: Kaiser et al. v. Mountaineer et al. - Complaint and respond to same. |
| 12/3/2015 | WJF | 0.10 | $350.00 | $35.00 | review case on insurance issues. |
| 12/9/2015 | WJF | 0.80 | $350.00 | $280.00 | Work on reply brief in Support of Motion to Strike Jury Demand |
| 1/13/2016 | DPH | 0.10 | $275.00 | $27.50 | Finalize and submit draft order to judge barnes chambers. |
| 1/13/2016 | WJF | 0.20 | $375.00 | $75.00 | Email to dkebner@deborahebnerlaw.com re: Kaiser Litigation (Thread 4). |
| 1/13/2016 | WJF | 0.50 | $375.00 | $187.50 | Participate in rule 26 conference for litigation. |
| 1/15/2016 | DPH | 0.30 | $275.00 | $82.50 | Send email regarding motion to extend time to file discovery plan due to settlement. |
| 1/15/2016 | DPH | 0.80 | $275.00 | $220.00 | Draft motion to extned time to file discovery plan. |
| 1/20/2016 | DPH | 0.40 | $275.00 | $110.00 | Appear at hearing on motion to extend time to file discovery plan. |
| 1/21/2016 | DPH | 1.40 | $275.00 | $385.00 | draft 26(f) report. |
| 1/22/2016 | DPH | 1.20 | $275.00 | $330.00 | Call with Lakeshore cousnel regarding discovery plan (.5) review documents on ownership of Lakeshore (.5) conduct additional 26 conference (.2). |
| 2/26/2016 | DPH | 5.30 | $275.00 | $1,457.50 | Put together 26 disclosures and review relevant docs |
| 3/31/2016 | DPH | 2.30 | $275.00 | $632.50 | Draft document requests to insurance companies |
| 4/1/2016 | DPH | 1.40 | $275.00 | $385.00 | finalize discovery to insurance companies and serve out. |

| | | | | | |
|---|---|---|---|---|---|
| 5/9/2016 | DKE | 1.20 | $400.00 | $480.00 | Calll with attorney for North American regarding possibility of settlement and avoiding more expensive discovery (.2); Call to D. Holtkamp and review and analysis of Brown v. AXA decision 519 BR 14 (2014) and notes to file (.8); Calls to attorney for Metlife and American General (.2). |
| 5/10/2016 | DKE | 0.40 | $400.00 | $160.00 | Call with L. Kim for American General regarding settlement numbers and potential terms. Thereafter email with D. Holtkamp and John. |
| 5/13/2016 | DKE | 0.10 | $400.00 | $40.00 | Continuing conversations with L. Kim regarding settlement. |
| 6/19/2016 | DPH | 1.80 | $275.00 | $495.00 | Review documents from met life. |
| 6/22/2016 | DPH | 4.10 | $275.00 | $1,127.50 | research and start drafting motion for summary judgment against insurance company. |
| 6/27/2016 | DPH | 7.80 | $275.00 | $2,145.00 | Start draft of MSJ against MetLife. |
| 6/27/2016 | DKE | 1.20 | $400.00 | $480.00 | Edit release document drafted by American General's attorney (.6); call with L. Kim regarding issue of truly protecting the settlement amount from disclosure (.3); Review North American Insurance documents and e-mail to counsel for settlement purposes (.3). |
| 6/28/2016 | DPH | 9.20 | $275.00 | $2,530.00 | Continue Draft of Motion for summary judgment. |
| 6/29/2016 | DPH | 6.00 | $275.00 | $1,650.00 | continue to draft motion for summary judgment. |
| 7/5/2016 | SEL | 0.10 | $325.00 | $32.50 | telephone call D. Ebner regarding motion for summary judgment |
| 7/14/2016 | SEL | 1.00 | $325.00 | $325.00 | Work on memo in support of motion for summary judgment. |
| 7/14/2016 | SEL | 1.70 | $325.00 | $552.50 | Work on memo in support of motion for summary judgment and statement of material facts. |
| 7/19/2016 | SEL | 0.50 | $325.00 | $162.50 | Work on memo in support of motion for summary judgment and statement of material facts (.4) Email same to D. Ebner (.1) |
| 7/20/2016 | DKE | 0.90 | $400.00 | $360.00 | Commence edits to Motion for Summary Judgment against Metlife (.6); letter to counsel for Metlife to commence dialouge while working on summary judgment (.3). |
| 7/21/2016 | DKE | 0.30 | $400.00 | $120.00 | Call from W. VonSchleicher for Metlife regarding my letter from yesterday. He is interested in settlement discussion. |
| 7/27/2016 | SEL | 0.10 | $325.00 | $32.50 | Call with D. Ebner regarding motion for summary judgment |

Case 11-41555   Doc 282   Filed 04/19/17   Entered 04/20/17 07:58:06   Desc Main
Case 11bk41555, Doc 279, Filed 03/23/2017   Entered 03/23/2017 12:03:52, Desc Exhibit A,
Document   Page 9 of 13
Exhibit A
Page 8 of 12
Fraudulent Conveyance Adversary Proceeding

| | | | | | |
|---|---|---|---|---|---|
| 7/27/2016 | DKE | 0.80 | $400.00 | $320.00 | Review of Memorandum of Law in support of motion for summary judgment and commence document review for edits. Ultimately email to S. Lorber to see if we can get D. Holtkamp to prepare the statement of material facts despite departure to expedite preparation. |
| 7/28/2016 | SEL | 0.30 | $325.00 | $97.50 | Call with D. Ebner regarding motion for summary judgment |
| 7/28/2016 | SEL | 0.70 | $325.00 | $227.50 | Work on memo in support of motion for summary judgment. |
| 7/28/2016 | DKE | 0.40 | $400.00 | $160.00 | Review cases sent by S. Lorber. |
| 7/28/2016 | DKE | 0.30 | $400.00 | $120.00 | Call with W. VonScheicher, attorney for Metlife regarding continued settlement discussions. |
| 7/29/2016 | SEL | 0.10 | $325.00 | $32.50 | Call with D. Ebner regarding motion for summary judgment |
| 7/29/2016 | DKE | 0.90 | $400.00 | $360.00 | Telephone call with S. Lorber (.2); Call with call with attorney for Metlife. |
| 8/1/2016 | SEL | 0.30 | $325.00 | $97.50 | Multiple emails with Warren von Schleicher re: settlement |
| 8/1/2016 | SEL | 0.90 | $325.00 | $292.50 | Create summary of facts and law for settlement discussions with Met Life. (.8) Emails with D. Ebner and W. von Schleicherre: same (.1) |
| 8/2/2016 | SEL | 0.30 | $325.00 | $97.50 | Phone calls (2x) with D. Ebner regarding settlements with insurance defendants. |
| 8/3/2016 | SEL | 0.60 | $325.00 | $195.00 | Phone call with D. Ebner regarding kaiser settlement agreements (.2); call with same and counsel for MetLife regarding settlement (.4) |
| 8/3/2016 | SEL | 0.60 | $325.00 | $195.00 | Review and revise settlement agreement. |
| 8/3/2016 | DKE | 0.40 | $400.00 | $160.00 | Call with attorney for Metlife to propose counter offer and to provide our analysis of how the number was derived. |
| 8/3/2016 | DKE | 0.20 | $400.00 | $80.00 | Review of draft and cover email received from J. Jeffries regarding settlement; respond that lack of mutuality in the release is a non-starter. |
| 8/3/2016 | DKE | 0.30 | $400.00 | $120.00 | Follow up call with J. Jeffries to resolve issue of mutality of releases. Matter resolved. |
| 8/4/2016 | SEL | 0.20 | $325.00 | $65.00 | Phone call with D. Ebner regarding kaiser settlement agreements |
| 8/4/2016 | SEL | 0.70 | $325.00 | $227.50 | Draft North American Settlement Agreement |
| 8/4/2016 | SEL | 0.30 | $325.00 | $97.50 | Multiple emails to/from Joe Jeffery regarding settlement and settlement agreement. |
| 8/9/2016 | SEL | 0.20 | $325.00 | $65.00 | Multiple emails to/from Joe Jeffery regarding settlement. |

Case 11-41555   Doc 282   Filed 04/19/17   Entered 04/20/17 07:58:06   Desc Main
Case 11bk41555, Doc 279, Filed 03/23/2017, Entered 03/23/2017 12:03:52, Desc Exhibit A,
Document   Page 10 of 13
Exhibit A,
Page 9 of 12
Fraudulent Conveyance Adversary Proceeding

| | | | | | |
|---|---|---|---|---|---|
| 8/17/2016 | SEL | 0.10 | $325.00 | $32.50 | Telephone call with D. Ebner regarding North American settlement |
| 8/23/2016 | SEL | 0.40 | $325.00 | $130.00 | Draft North American settlement agreement |
| 8/23/2016 | SEL | 0.10 | $325.00 | $32.50 | Telephone call with D. Ebner regarding North American settlement |
| 8/24/2016 | SEL | 0.20 | $325.00 | $65.00 | Telephone call with D. Ebner regarding North American settlement |
| 8/24/2016 | DKE | 0.40 | $400.00 | $160.00 | Correspond with attorneys for each of the remaining insurance companies regarding how to document confidentiality provisions of settlement agreement. |
| 8/30/2016 | SEL | 0.30 | $325.00 | $97.50 | Draft Settlement Agreement with North American |
| 8/30/2016 | SEL | 0.20 | $325.00 | $65.00 | Emails to/from Joe Jeffery regarding settlement |
| 9/6/2016 | SEL | 0.60 | $325.00 | $195.00 | Attend status hearing on adversary case. |
| 9/6/2016 | SEL | 0.30 | $325.00 | $97.50 | Review/revise Settlement Agreement with Met Life |
| 9/6/2016 | SEL | 0.10 | $325.00 | $32.50 | Email to Warren von Schleicher re: settlement agreement |
| 9/7/2016 | SEL | 0.10 | $325.00 | $32.50 | Review/revise Settlement Agreement with Met Life |
| 9/15/2016 | SEL | 0.10 | $325.00 | $32.50 | Email to Warren von Schleicher regarding settlement |
| 9/28/2016 | SEL | 0.50 | $325.00 | $162.50 | Review/revise Settlement Agreement with Met Life |
| 10/18/2016 | SEL | 1.00 | $325.00 | $325.00 | Prepare motion to file motion to approve insurance settlements as restricted documents. |
| 10/18/2016 | SEL | 0.20 | $325.00 | $65.00 | Work on Settlement Agreement with North American |
| 10/19/2016 | SEL | 0.20 | $325.00 | $65.00 | Muitiple emails with D. Ebner regarding restricted document motion. |
| 10/20/2016 | SR | 0.30 | $100.00 | $30.00 | Finalze and file motion for entry of order restricting public access to document, provide direction to U. Balasubramaniam regarding service, and emails with same and S. Lorber regarding service |
| 10/24/2016 | SEL | 0.30 | $325.00 | $97.50 | Multiple emails with D. Ebner regarding Kaiser motion |
| 10/26/2016 | WJF | 1.00 | $375.00 | $375.00 | Attend hearing on motion to file motion to approve settlements with insurance defendants as restricted documents. |
| 11/1/2016 | SEL | 0.20 | $325.00 | $65.00 | Emails exchanging executed copies of Met Life settlement agremeent |
| 11/7/2016 | SEL | 0.20 | $325.00 | $65.00 | Exchange executed Settlement Agmt with North American |

(5) No
Benefit

Case 11-41555   Doc 282   Filed 04/19/17   Entered 04/20/17 07:58:06   Desc Main
Case 11bk41555, Doc 279, Filed 03/23/2017, Entered 03/23/2017 12:03:52, Desc Exhibit A,
Document   Page 11 of 13
Exhibit A
Page 10 of 12
Fraudulent Conveyance Adversary Proceeding

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/7/2016 | SEL | 0.10 | $325.00 | $32.50 | Email to Deb Ebner re: Kaiser - American General Settlement Agreement |
| 11/8/2016 | SEL | 0.10 | $325.00 | $32.50 | Revise Proposed Order Restricting Public Access to Document |
| 11/9/2016 | SEL | 0.70 | $325.00 | $227.50 | Attend continued hearing on Trustee's Motion for Entry of Order Restricting Public Access to Docs |
| 11/11/2016 | SEL | 2.20 | $325.00 | $715.00 | Prepare motion to Approve Settlements with Insurance Defendants (2.1)  Emails with D. Ebner re same. (.1) |
| 11/14/2016 | SR | 0.70 | $100.00 | $70.00 | Correspond with S. Lorber regarding redacted motion to approve settlement agreement with insurance companies (.1); review order restricting public access to document (.1); correspond with bankruptcy court clerk regarding same (.1); review local rules regarding restricted and sealed documents (.2); review motion to approve settlement agreement (.2). |
| 11/14/2016 | SEL | 0.60 | $325.00 | $195.00 | Revise Motion to Approve Settlements with Insurance Defendants |
| 11/14/2016 | SEL | 0.20 | $325.00 | $65.00 | Prepareproposed order on motion to approve settlements with the insurance defendants |
| 11/15/2016 | SR | 0.90 | $100.00 | $90.00 | File redacted version of motion to approve settlements with insurance defendants (.2); prepare unredacted version of motion for Judge Barnes and bankruptcy court clerk (.2); serve same (.5) |
| 11/15/2016 | SEL | 0.30 | $325.00 | $97.50 | Finalize Motion to Approve Settlements with Insurance Defendants |
| 11/16/2016 | SR | 0.10 | $100.00 | $10.00 | Correspond with S. Lorber regarding service of motion to approve settlement agreements on U.S. Trustee; telephone conversation with bankruptcy court clerk regarding same. |
| 12/6/2016 | DKE | 0.40 | $400.00 | $160.00 | Review pleadings to prepare for court. |
| 12/6/2016 | DKE | 0.70 | $400.00 | $280.00 | Court appearance on motion to settle all claims against remaining defendants, motion granted. |
| Totals: | | 84.30 | | $24,867.50 | |

Case 11-41555   Doc 282   Filed 04/19/17   Entered 04/20/17 07:58:06   Desc Main
Case 11bk41555, Doc 279, Filed 03/20/2017, Entered 03/23/2017 12:03:52, Desc Exhibit A,
Document   Page 12 of 13
Exhibit A-3
Page 11 of 12
Contempt Proceeding

| Date | Prof. | Hours | Rate | Amount | Description |
|------|-------|-------|------|--------|-------------|
| 11/3/2015 | DPH | 4.5 | $250.00 | $1,125.00 | Review filings (.4); begin drafting supplement to motion for sanctions (4.1). |
| 11/4/2015 | DPH | 3.6 | $250.00 | $900.00 | Review email from Hourihane regarding new sale price for insurance and send along with order to trustee (.5); continue draftingsupplement to motion for sanctions (3.1). |
| 11/5/2015 | DPH | 3.2 | $250.00 | $800.00 | Continue supplement to motion for sanctions on duty of candor. |
| 11/11/2015 | DPH | 7.9 | $250.00 | $1,975.00 | Continue supplement to motion for sanctions on duty of candor. |
| 11/11/2015 | WJF | 0.5 | $350.00 | $175.00 | Initial revisions to supplement on duty of candor. |
| 11/11/2015 | WJF | 0.1 | $350.00 | $35.00 | Correspond with D. Holkamp regarding supplement on duty of candor. |
| 11/12/2015 | WJF | 2.2 | $350.00 | $770.00 | Additional revisions on supplement on duty of candor. |
| 11/13/2015 | DPH | 1.9 | $250.00 | $475.00 | Finalize supplement to sanctions motion. |
| 11/13/2015 | WJF | 0.4 | $350.00 | $140.00 | Additional revisions to supplement on duty of candor. |
| 12/14/2015 | DPH | 2.8 | $250.00 | $700.00 | Kaiser - review documents in PI appeal and draft current status update (2.1) prepare for hearing on sanctions and motion to strike jury demand (.7). |
| 12/15/2015 | WJF | 1.8 | $350.00 | $630.00 | prepare for hearing on fee application and sanctions (.30); attend hearing (1.5). |
| 12/15/2015 | DPH | 1.5 | $250.00 | $375.00 | prepare for and attend hearing on motion for sanctions, fee application, and motion to strike jury demand (1.5). |
| Totals: | | 30.4 | | $8,100.00 | |

Case 11-41555 Doc 282 Filed 04/19/17 Entered 04/20/17 07:58:06 Desc Main
Case 11bk41555, Doc 279, Filed 09/28/2017, Entered 03/23/2017 12:03:52, Desc Exhibit A,
Document Page 13 of 13
Exhibit A-1
Case Administration
Page 12 of 12

| Date | Prof. | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/09/2015 | DPH | 0.7 | $250.00 | $175.00 | Finalize time detail for fee application. |
| 11/16/2015 | WJF | 0.8 | $350.00 | $280.00 | Review and revise fourth interim fee application. |
| 11/16/2015 | WJF | 0.9 | $350.00 | $315.00 | Continue editing time detail for fourth interim fee application. |
| 11/18/2015 | WJF | 0.4 | $350.00 | $140.00 | Continue editing time detail for the fourth interim application for compensation. |
| 11/18/2015 | WJF | 1.5 | $350.00 | $525.00 | Continue revising fourth interim fee application. |
| 01/14/2016 | WJF | 0.1 | $375.00 | $37.50 | Email from John Benetis re: Transamerica premium payment and work on same. |
| 03/23/2016 | DPH | 1.8 | $275.00 | $495.00 | draft motion for interim distributioin. |
| 03/24/2016 | DPH | 0.1 | $275.00 | $27.50 | draft motion for interim distributions. |
| 03/31/2016 | DPH | 1.70 | $275.00 | $467.50 | edit motion to approve interim distributions and email W Factor regarding issues |
| 04/08/2016 | DPH | 1.9 | $275.00 | $522.50 | draft motion for interim distribution. |
| 04/11/2016 | DPH | 1.4 | $275.00 | $385.00 | Continue to draft motion for interim distribution. |
| 04/12/2016 | DKE | 3.2 | $350.00 | $1,120.00 | redraft of motion for interim distribution and exhibits. |
| 04/12/2016 | WJF | 0.1 | $375.00 | $37.50 | Review/analyze email from trustee to creditor regarding closing the estate and distributions. |
| 04/13/2016 | DPH | 0.1 | $275.00 | $27.50 | Finalize motion for interim distribution. |
| 04/13/2016 | DPH | 0.5 | $275.00 | $137.50 | File interim distribution motion. |
| 04/13/2016 | DKE | 0.4 | $350.00 | $140.00 | Revise motion for interim distribution. |
| 04/13/2016 | DKE | 0.4 | $350.00 | $140.00 | preparation of claim objection to claim #5. |
| 04/13/2016 | DKE | 0.4 | $350.00 | $140.00 | preparation of claim objection to claim #3. |
| 04/13/2016 | DKE | 0.4 | $350.00 | $140.00 | preparation of claim objection to claim #6. |
| 04/15/2016 | DPH | 2.3 | $275.00 | $632.50 | Finalize and file claim objections. |
| 05/10/2016 | DPH | 0.9 | $275.00 | $247.50 | Attend hearing on motion to approve interim disbursement. |
| 05/18/2016 | DPH | 1.0 | $275.00 | $275.00 | review claim objections and appear at hearing on same. |
| 11/08/2016 | WJF | 1.0 | $350.00 | $350.00 | Prepare time detail for fourth interim fee application. |
| 11/11/2016 | AH | 3.1 | $275.00 | $852.50 | Edit time detail for final fee application. |
| 11/15/2016 | WJF | 4.3 | $350.00 | $1,505.00 | Edit time detail for the fourth interim application for compensation (1.8); edit fourth application for compensation (2.5). |
| 11/18/2016 | AH | 1.3 | $275.00 | $357.50 | Draft final fee applciation. |
| 12/05/2016 | AH | 1.70 | 275.00 | $467.50 | Revise final fee application and time detail. |
| 12/12/2016 | SEL | 2.80 | 325.00 | $910.00 | Review and revise final fee application and time detail |
| Totals: | | 35.2 | | $10,850.00 | |