**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  KAISER, JORDON HARRY          §   Case No. 11-41555TAB
                                      §
                                      §
                                      §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,500.00 | Assets Exempt: | $1,500.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $722,136.54 | Claims Discharged Without Payment: | $24,578,791.93 |
| Total Expenses of Administration: | $319,712.18 | | |

3) Total gross receipts of $1,041,848.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,041,848.72 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,531,703.56 | $6,000,000.00 | $722,136.54 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $810,900.63 | $552,487.07 | $319,712.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $18,570,778.80 | $6,008,013.13 | $6,008,013.13 | $0.00 |
| **TOTAL DISBURSEMENTS** | $18,570,778.80 | $13,350,617.32 | $12,560,500.20 | $1,041,848.72 |

4) This case was originally filed under chapter 7 on 10/12/2011.  The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   05/03/2017         By: /s/ Deborah  Ebner
                                  Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Northern Trust Company frozen deposit | 1229-000 | $8,348.72 |
| Ebner vs. Kaiser, et al ( 13-01243) | 1241-000 | $992,500.00 |
| Undisclosed jewelry obtained in adversary action( Ebner vs. Kaiser 13-00340) | 1229-000 | $41,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,041,848.72** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Mountaineer Investments, L.L.C. | 4110-000 | NA | $6,000,000.00 | $6,000,000.00 | $722,136.54 |
| 3 | Merchant Advance Funding | 4110-000 | NA | $56,703.56 | $0.00 | $0.00 |
| 6 | ARNSTEIN & LEHR LLP c/o Jeffrey Feingold | 4110-000 | NA | $475,000.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$6,531,703.56** | **$6,000,000.00** | **$722,136.54** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner, Trustee | 2100-000 | NA | $51,802.13 | $51,802.13 | $51,802.13 |
| Trustee, Expenses - Deborah K. Ebner, trustee | 2200-000 | NA | -$24.96 | $0.00 | $38.82 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $0.00 |
| Bond Payments - BOND | 2300-000 | NA | $33.82 | $33.82 | $33.82 |
| Bond Payments - Arthur B. Levine Company | 2300-000 | NA | $5.33 | $5.33 | $5.33 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - JP Morgan Chase | 2420-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - American Auction | 2420-000 | NA | $1,098.92 | $1,098.92 | $1,098.92 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - By-Line Bank | 2420-000 | NA | $30.00 | $30.00 | $30.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Miller Advertising Advertising Agency, Inc | 2500-000 | NA | $847.00 | $847.00 | $847.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - New York Jewelers | 2500-000 | NA | $4,050.00 | $4,050.00 | $4,050.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,815.43 | $3,815.43 | $3,815.43 |
| Other Chapter 7 Administrative Expenses - Mountaineer Investments, LLC | 2990-000 | NA | $336,988.00 | $336,988.00 | $105,384.79 |
| Attorney for Trustee Fees (Other Firm) - Law Office Of William J. Factor | 3210-000 | NA | $407,198.53 | $152,965.53 | $89,003.03 |
| Attorney for Trustee Expenses (Other Firm) - Law Office Of William J. Factor | 3220-000 | NA | $4,763.43 | $557.91 | $63,602.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$810,900.63** | **$552,487.07** | **$319,712.18** |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | null | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5800-000 | NA | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Mountaineer Investments, L.L.C. | 7100-000 | NA | $2,551,523.79 | $2,551,523.79 | $0.00 |
| 2 | Chicago Title Insurance Company c/o Casey B. Hicks Larson & Associates, P.C. | 7100-000 | NA | $2,800,982.50 | $2,800,982.50 | $0.00 |
| 4 | American Express Bank, FSB c o Becket and Lee LLP Attorneys/Agent for Creditor | 7100-000 | NA | $9,110.51 | $9,110.51 | $0.00 |
| 5 | BMO Harris Bank, N.A. f/k/a Harris N.A. c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | 7100-000 | NA | $646,396.33 | $646,396.33 | $0.00 |
| 7 | Department of the Treasury Internal Revenue Service | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Al LaPalusa | 7100-000 | $4,940.81 | NA | NA | NA |
| N/F | American Express | 7100-000 | $10,746.00 | NA | NA | NA |
| N/F | Amstein Lehr LLP | 7100-000 | $532,000.00 | NA | NA | NA |
| N/F | BMO Harris Bank NA assignee of FDIC | 7100-000 | $736,087.61 | NA | NA | NA |
| N/F | BMW Financial SErvices | 7100-000 | $8,357.00 | NA | NA | NA |
| N/F | Bryce Downey do Stein & Rotman | 7100-000 | $26,208.00 | NA | NA | NA |
| N/F | CBIZ One S Wacker Drive | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank SD NA | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Credit Management | 7100-000 | NA | NA | NA | NA |
| N/F | Desert Cardiology | 7100-000 | $8.98 | NA | NA | NA |
| N/F | First Bank c.o Martin Hauselman | 7100-000 | $1,154,440.00 | NA | NA | NA |
| N/F | JPMCC 2007 CIBC 19STEISO do DLA Piper US LLP | 7100-000 | $1,442,554.00 | NA | NA | NA |
| N/F | MB Financial Bank | 7100-000 | $1,594,073.00 | NA | NA | NA |
| N/F | MB Financial Bank NA do McGuireWoods LLP | 7100-000 | NA | NA | NA | NA |
| N/F | Medical Cardiology | 7100-000 | $106.84 | NA | NA | NA |
| N/F | Mountaineer Investments do Howard & Howard | 7100-000 | $13,000,000.00 | NA | NA | NA |
| N/F | North Shore Univ. Health | 7100-000 | $10.00 | NA | NA | NA |
| N/F | Palm Medical | 7100-000 | NA | NA | NA | NA |
| N/F | Reed Smith LLP | 7100-000 | NA | NA | NA | NA |
| N/F | Southern California Edison | 7100-000 | $1,046.00 | NA | NA | NA |
| N/F | St Joseph Hospital | 7100-000 | $448.00 | NA | NA | NA |
| N/F | Tracy Cross C/o Heller Shapiro and Frisone | 7100-000 | $7,816.56 | NA | NA | NA |
| N/F | Verizon California | 7100-000 | $62.00 | NA | NA | NA |
| N/F | Wells Fargo Bank | 7100-000 | $1,873.00 | NA | NA | NA |
| N/F | Wing Street of Arlington do Kovitz Shifrin Nesbit | 7100-000 | $50,001.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$18,570,778.80** | **$6,008,013.13** | **$6,008,013.13** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 11-41555TAB  
**Case Name:** KAISER, JORDON HARRY  
**For Period Ending:** 05/03/2017

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 10/12/2011 (f)  
**§ 341(a) Meeting Date:** 11/14/2011  
**Claims Bar Date:** 09/27/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Indirect interests through trusts See Schedule B | 0.00 | 1.00 | | 0.00 | FA |
| 2 | Personal toiletries and effects Home - all perso | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Elderly man's wearing apparel Home | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Some man's jewelry Home | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Very old sporting equipment Debtor is now<br>approaching 90 years old | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Lakeshore Athletic Club Illinois Center LLC<br>Membership interest directly or indirectly owned through trust | Unknown | 0.00 | | 0.00 | FA |
| 7 | Lakeshore Centre Holdings, LLC<br>Membership interest directly or indirectly owned through trust | Unknown | 0.00 | | 0.00 | FA |
| 8 | Lake Shore Racquet Club, Inc.<br>Stock in closely held corporation directly or indirectly owned by trust | Unknown | 0.00 | | 0.00 | FA |
| 9 | Kaiser Development Group<br>Membership interest directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 10 | Lakeshore Management Group, Inc.<br>Stock in closely held family company directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 11 | Kaiser Developers, Inc.<br>Stock in closely held corporation directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 11-41555TAB  
Case Name: KAISER, JORDON HARRY  
For Period Ending: 05/03/2017

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 10/12/2011 (f)  
§ 341(a) Meeting Date: 11/14/2011  
Claims Bar Date: 09/27/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Flatiron Food and Beverage, Inc.<br>Stock in closely held corporation directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 13 | Kaiser Equities Limited Partnership -Partnership<br>Interest directly of indirectly owned through trust | Unknown | 1.00 | | 0.00 | FA |
| 14 | Kaiser Investments, LLC Membership interest in<br>LLC directly or indirectly owned through trust | Unknown | 1.00 | | 0.00 | FA |
| 15 | KDI, LLC Membership interest in LLC directly or<br>indirectly owned by trust | Unknown | 1.00 | | 0.00 | FA |
| 16 | Lakeshore Athletic Club Lincoln Park LLC<br>Membership interest in LLC directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 17 | Town Center Club & Spa, Inc. Shares of stock in<br>closely held corporation directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 18 | Bloomingdale Kaiser Bldg Partnership<br>Partnership interest directly or indirectly controlled by trust | Unknown | 1.00 | | 0.00 | FA |
| 19 | Beneficial interest in Jordon Kaiser Trust<br>9/15/2000 Amended and restated 3/21/2006, Further Amended and restated 2/9/2010 | Unknown | 1.00 | | 0.00 | FA |
| 20 | K & K Village Green LLC | Unknown | 0.00 | | 0.00 | FA |
| 21 | Northern Trust Company frozen deposit (u) | 0.00 | 8,348.72 | | 8,348.72 | FA |
| 22 | Undisclosed jewelry obtained in adversary action( Ebner vs. Kaiser 13-00340) (u) | 0.00 | 41,000.00 | | 41,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

Case No.:     11-41555TAB
Case Name:    KAISER, JORDON HARRY

For Period Ending:   05/03/2017

Trustee Name:     (330480) Deborah Ebner
Date Filed (f) or Converted (c):   10/12/2011 (f)
§ 341(a) Meeting Date:   11/14/2011
Claims Bar Date:   09/27/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23* | Ebner vs. Kaiser, et al ( 13-01243) (u) (See Footnote) | 0.00 | 992,500.00 | | 992,500.00 | FA |
| 23 | Assets     Totals    (Excluding unknown values) | **$1,500.00** | **$1,041,860.72** | | **$1,041,848.72** | **$0.00** |

RE PROP# 23     Receipt of settlement proceeds from the Kaiser Family defendants only

**Major Activities Affecting Case Closing:**

June 30, 2016 - Settlement reached with two of three remaining defendants.

May 10, 2016 - Order entered authorizing payment of carve-out and previously allowed administrative claim. (Docket entry 256)

3/16/16 - Order entered approving settlement agreement.

Trustee continues to work with outside counsel on discovery to ascertain scope of the bankruptcy estate. Trustee filed Case number 13-00340 against Doris Kaiser for accounting and turnover and other relief. Trustee prevailed on Motion for Summary Judgment on October 2, 2014 and Doris Kaiser ordered to turnover funds in the respective amounts of $131,850.00, 18,583. as well as all Retained Property.. Money Judgment also entered. Total value of estate is completely unknown. Schedules were essentially filed in blank and Trustee is conducting an intense discovery and acquisition mission in this case.

Initial Projected Date Of Final Report (TFR):     12/31/2017          Current Projected Date Of Final Report (TFR):     03/21/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- |
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/01/2014 | {21} | Jordan H. Kaiser c/o Northern Trust Canal Cashiers | Turnover of funds frozen by issuance of third party citation now terminated | 1229-000 | 8,348.72 |  | 8,348.72 |
| 10/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.60 | 8,337.12 |
| 11/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.79 | 8,326.33 |
| 12/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.57 | 8,312.76 |
| 01/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.95 | 8,300.81 |
| 02/11/2015 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-41555, Bond # 10BSBGR6291 | 2300-000 |  | 5.33 | 8,295.48 |
| 02/20/2015 | 102 | JP Morgan Chase | Voided on 02/26/2015 | 2420-000 |  | 150.00 | 8,145.48 |
| 02/26/2015 | 102 | JP Morgan Chase | Voided: check issued on 02/20/2015 | 2420-000 |  | -150.00 | 8,295.48 |
| 02/27/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.14 | 8,284.34 |
| 03/04/2015 | 103 | New York Jewelers | appraisal charge per court order | 2500-000 |  | 1,550.00 | 6,734.34 |
| 03/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.81 | 6,722.53 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/03/2015 | 104 | By-Line Bank | safety deposit fee | 2420-000 | | 30.00 | 6,692.53 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,682.53 |
| 05/15/2015 | 105 | American Auction Associates, Inc | payment to auctioneer | 2420-000 | | 898.92 | 5,783.61 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,773.61 |
| 06/08/2015 | 106 | Deborah K. Ebner, Trustee | Trustee compensation | 2100-000 | | 4,361.63 | 1,411.98 |
| 06/08/2015 | 107 | Deborah K. Ebner, trustee | Trustee expenses | 2200-000 | | 14.13 | 1,397.85 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,387.85 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,377.85 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,367.85 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,357.85 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,347.85 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,337.85 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/08/2015 | {22} | T.N. Donnelly & Co. | payment for assets | 1229-000 | 7,500.00 |  | 8,837.85 |
| 12/08/2015 | 108 | Miller Advertising Advertising Agency, Inc | payment for advertising expenses | 2500-000 |  | 847.00 | 7,990.85 |
| 12/11/2015 | {22} | T.N.Donnelly | payment for assets | 1229-000 | 33,500.00 |  | 41,490.85 |
| 12/17/2015 | 109 | New York Jewelers | break up fee authorized per court order | 2500-000 |  | 2,500.00 | 38,990.85 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 33.46 | 38,957.39 |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 54.62 | 38,902.77 |
| 02/15/2016 | 110 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 |  | 33.82 | 38,868.95 |
| 02/15/2016 | 111 | Deborah K. Ebner, trustee | Third interim fee award pursuant to order Voided on 02/16/2016 | 2200-000 |  | 7,101.47 | 31,767.48 |
| 02/16/2016 | 111 | Deborah K. Ebner, trustee | Third interim fee award pursuant to order Voided: check issued on 02/15/2016 | 2200-000 |  | -7,101.47 | 38,868.95 |
| 02/17/2016 | 112 | Deborah K. Ebner, trustee | Third Interim Fee Order awarded 2/16/2016 | 2100-000 |  | 7,100.48 | 31,768.47 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                               ! - transaction has not been cleared

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.88 | 31,717.59 |
| 03/22/2016 | {23} | US Bankruptcy Court-N Dist of IL | Release of Settlement Funds from Kaiser Family . | 1241-000 | 913,500.00 | | 945,217.59 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 399.47 | 944,818.12 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,310.09 | 943,508.03 |
| 05/09/2016 | 113 | Law Office Of William J. Factor | payment of previously allowed administrative claim; EOD 03/16/2016 | 3210-000 | | 89,003.03 | 854,505.00 |
| 05/09/2016 | 114 | Mountaineer Investments, LLC | Distribution of carve out approved in May 16, 2012 Funding Agreement. | 4110-000 | | 722,136.54 | 132,368.46 |
| 05/31/2016 | 116 | Deborah K. Ebner, trustee | EXPENSE REIMBURSEMENT PER ORDER | 2200-000 | | 24.69 | 132,343.77 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 683.47 | 131,660.30 |
| 06/01/2016 | 115 | Deborah K. Ebner, Trustee | TRUSTEE COMPENSATION PER COURT ORDER | 2100-000 | | 36,405.38 | 95,254.92 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 160.84 | 95,094.08 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 131.85 | 94,962.23 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | KAISER, JORDON HARRY | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.83 | 94,812.40 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 135.99 | 94,676.41 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 131.27 | 94,545.14 |
| 11/16/2016 | {23} | Metlife Insurance Company USA | 1/2 Met Life Settlement | 1241-000 | 33,750.00 | | 128,295.14 |
| 11/16/2016 | {23} | MetLife Insurance Company USA | 1/2 Met Life Settlement | 1241-000 | 33,750.00 | | 162,045.14 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 186.62 | 161,858.52 |
| 12/08/2016 | {23} | North American Co for Life & Health Insurance | Full settlement with North American Life in adversary | 1241-000 | 4,000.00 | | 165,858.52 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.18 | 165,622.34 |
| 01/03/2017 | {23} | American International Group, Inc | Last settling Defendant | 1241-000 | 7,500.00 | | 173,122.34 |
| 04/18/2017 | 117 | American Auction | Distribution payment - Dividend paid at 18.20% of $1,098.92; Claim # ADMIN; Filed: $1,098.92 | 2420-000 | | 200.00 | 172,922.34 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | KAISER, JORDON HARRY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/18/2017 | 118 | Law Office Of William J. Factor | Distribution payment - Dividend paid at 41.82% of $152,965.53; Claim # Admin; Filed: $407,198.53 Voided on 04/20/2017 | 3210-000 | | 63,962.50 | 108,959.84 |
| 04/18/2017 | 119 | Deborah K. Ebner, Trustee | Distribution payment - Dividend paid at 7.60% of $51,802.13; Claim # FEE; Filed: $51,802.13 | 2100-000 | | 3,934.64 | 105,025.20 |
| 04/18/2017 | 120 | Law Office Of William J. Factor | Distribution payment - Dividend paid at 100.00% of $557.91; Claim # ; Filed: $4,763.43 | 3220-000 | | 557.91 | 104,467.29 |
| 04/18/2017 | 121 | Clerk of the United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $293.00; Claim # ; Filed: $293.00 Voided on 04/21/2017 | 2700-000 | | 293.00 | 104,174.29 |
| 04/18/2017 | 122 | Mountaineer Investments, LLC | Distribution payment - Dividend paid at 30.91% of $336,988.00; Claim # 1; Filed: $336,988.00 | 2990-000 | | 104,174.29 | 0.00 |
| 04/20/2017 | 118 | Law Office Of William J. Factor | Distribution payment - Dividend paid at 41.82% of $152,965.53; Claim # Admin; Filed: $407,198.53 Voided: check issued on 04/18/2017 | 3210-000 | | -63,962.50 | 63,962.50 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-41555TAB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | KAISER, JORDON HARRY | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0120 | | Account #: | ******1766 Checking Account |
| For Period Ending: | 05/03/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/20/2017 | 123 | WILLIAM J FACTOR | Pursuant to Findings of Fact and conclusions of Law EOD 4/19/17 | 3220-000 | | 63,045.00 | 917.50 |
| 04/20/2017 | 124 | Mountaineer Investments | Dissallowed balance of FACTORLAW Fees paid to creditor . See document number 282. | 2990-000 | | 917.50 | 0.00 |
| 04/21/2017 | 121 | Clerk of the United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $293.00; Claim # ; Filed: $293.00 Voided: check issued on 04/18/2017 | 2700-000 | | -293.00 | 293.00 |
| 04/21/2017 | 125 | Mountaineer Investments | Additional Funds that exist in account due to return of check number 121 by Clerk of Court. No funds due Clerk of Court | 2990-000 | | 293.00 | 0.00 |
| | | | **COLUMN TOTALS** | | 1,041,848.72 | 1,041,848.72 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,041,848.72 | 1,041,848.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,041,848.72** | **$1,041,848.72** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)             ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| | |
|---|---|
| **Case No.:** | 11-41555TAB |
| **Case Name:** | KAISER, JORDON HARRY |
| **Taxpayer ID #:** | **-***0120 |
| **For Period Ending:** | 05/03/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1766 Checking Account | $1,041,848.72 | $1,041,848.72 | $0.00 |
| | **$1,041,848.72** | **$1,041,848.72** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)